

1  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  mgoodin@ebglaw.com

6  Attorneys for Defendant,
   UNISYS CORPORATION
7

**E-FILING**

ORIGINAL FILED

APR 2 3 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                                          H R L

11  HUMBERTO MARQUEZ,                CASE NO. C 08 02111 JW

12              Plaintiff,            NOTICE OF REMOVAL OF ACTION
                                      UNDER 28 U.S.C. §§ 1331 and 1441(b);
13       v.                           DECLARATION OF MATTHEW A.
                                      GOODIN IN SUPPORT THEREOF
14  UNISYS CORPORATION, a Corporation;
    and DOES 1 through 10, inclusive,
15
                Defendants.
16

17

18       **PLEASE TAKE NOTICE** that Defendant Unisys Corporation. ("Defendant")

19  contemporaneously with the filing of this notice, hereby removes Case No. 108CV108433,

20  *Humberto Marquez v. Unisys Corporation, a Corporation and Does 1 through 10, Inclusive*, an

21  action from the Superior Court in the State of California for the County of Santa Clara ("State

22  Court Action"), to the United States District Court for the Northern District of California.

23  Defendant removes the State Court Action under 28 U.S.C. §§ 1331 and 1441(b), on the factual

24  and legal grounds discussed below.

25  ///

26  ///

27  ///

28  ///

1  I.    **PLEADINGS, PROCESS AND ORDERS**

2          1.    On March 18, 2008, the above-captioned action was commenced in the Superior

3  Court of the State of California for the County of Santa Clara entitled, <u>Humberto Marquez v.</u>

4  <u>Unisys Corporation, a Corporation and Does 1 through 10, Inclusive</u>, and assigned Case No.

5  108CV108433 ("Complaint"). Defendant was served with the Summons and Complaint on

6  March 24, 2008. True and correct copies of Plaintiff's Summons and Complaint for Damages,

7  Civil Case Cover Sheet, Santa Clara County Superior Court's Law and Motion Procedures, Ex

8  Parte Procedures, Civil Case Management Panel and Alternative Dispute Resolution Information

9  Package are attached hereto and incorporated herein by reference as **Exhibit A**.

10         2.    The above documents constitute all pleadings, process and orders served on

11  Defendant and filed by Defendant in the state action and are attached in accordance with 28

12  U.S.C. Section 1446(a).

13  II.   **DIVERSITY JURISDICTION**

14         3.    This action is a civil action of which this Court has original jurisdiction under 28

15  U.S.C. Section 1332, and is one which may be removed to the United States District Court by

16  Defendant pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it is a civil action in

17  which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs,

18  and is between citizens of different states.

19         **Citizenship**

20         4.    Defendant is informed and believes that Plaintiff was, at the time of filing of this

21  action, and still is, a citizen of the State of California.

22         5.    Defendant was, at the time of the filing of this action, and still is, a corporation

23  formed under the laws of the state of Delaware, and has its principal place of business in Blue

24  Bell, Pennsylvania. Defendant, therefore, is a citizen of Delaware and Pennsylvania. It is also

25  the only defendant named in this action.

26         6.    The requirements for diversity jurisdiction as set forth in 28 U.S.C. Section

27  1441(b) are met because the Plaintiff and Defendant are citizens of different states.

28

**Amount In Controversy**

7.    The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8.    In the Complaint, Plaintiff seeks damages in the amount of $106,942.38 on four (4) of his five (5) causes of action. See Exhibit A (Complaint), ¶¶ 20, 28, 33, and Prayer for Relief, page 9, line 12. Plaintiff also seeks pre-judgment interest on the principal sum at 10 percent per year from 1981, and seeks punitive damages. Prayer for Relief, page 9, lines 13-14, line 23.

9.    In determining the amount in controversy for diversity and removal jurisdiction, great weight is given to a plaintiff's assessment of the value of his or her case. *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1094 (11th Cir. 1994); *Albright v. R. J. Reynolds Tobacco Co.*, 531 F.2d 132, 135 (3rd Cir. 1976). A court considering the issue of removal will assume that the plaintiff's counsel best knows the value of his or her client's case and is not engaging in deception in representing the plaintiff's damages. *Burns v. Windsor Ins. Co.*, supra, at 1095. "There is a strong presumption that the plaintiff has not claimed a large amount in order to confer jurisdiction on a federal court or that the parties have colluded to that end." *Albright v. R. J. Reynolds Tobacco Co.*, supra, at 135.

10.    Given Plaintiff's express demands in the Complaint, the amount in controversy requirement of 28 U.S.C. Section 1332 has been met, and this action is removable to this Court pursuant to 28 U.S.C. Section 1441.

**III.    TIMELINESS OF REMOVAL**

11.    This Notice of Removal is timely filed in that it is filed within 30 days of service on Defendant of the Summons and Complaint, which service was accomplished on March 24, 2008, and is filed within one year of March 18, 2008, the date on which the initial Complaint was filed.

12.    For all of the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. Section 1332 and Section 1441(b).

## IV.    VENUE

1.    Venue  Venue properly lies in the United States District Court for the Northern of California, pursuant to 28 U.S.C. § 1441(a), because Plaintiff's state court complaint was filed in a California Superior Court within this District. 28 U.S.C. § 84(a).

13.    Intradistrict Assignment  Pursuant to Local Rule 3-2(e), intradistrict venue properly lies in the San Jose Division because Plaintiff's state court complaint was filed in the Superior Court in and for the County of Santa Clara.

DATED:  April 23, 2008                    EPSTEIN BECKER & GREEN, P.C.


                                          By: _____
                                          Steven R. Blackburn
                                          Matthew A. Goodin
                                          Attorneys for Defendant
                                          UNISYS CORPORATION

- 4 -

### DECLARATION OF MATTHEW A. GOODIN

I, Matthew A. Goodin, the undersigned, hereby declare and say as follows:

1.     I am an attorney licensed to practice law before all courts of the State of California and am a Senior Attorney in the law firm of Epstein Becker & Green, P.C., attorneys for Defendant Unisys Corporation. I have direct and personal knowledge of the facts stated herein and, if called and sworn as a witness, I would and could testify competently to the truth of the matters set forth herein. I submit this declaration in support of Defendant's removal of the State Court Action.

2.     Defendant was, at the time of the filing of this action, and still is, a corporation formed under the laws of the state of Delaware, and has its principal place of business in Blue Bell, Pennsylvania. Defendant, therefore, is a citizen of Delaware and Pennsylvania. It is also the only defendant named in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April, 2008 at San Francisco, California.

Matthew A. Goodin

SF:167617v1                                                NOTICE OF REMOVAL OF ACTION

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3  1.   At the time of service I was at least 18 years of age and **not a party to this legal action.**

4  2.   My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

5

6  3.   I served copies of the following documents (specify the exact title of each document served):

7      ➢ **CIVIL COVER SHEET**

8      ➢ **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 and 1441(b); DECLARATION OF MATTHEW A. GOODIN IN SUPPORT THEREOF**

9

10  4.   I served the documents listed above in item 3 on the following persons at the addresses listed:

11      Humberto Marquez                *Pro Per*
        3315 San Felipe Road, #92
12      San Jose, California 95135      Tel:  (650) 558-9366

13  5.   b. ☑   **By United States mail.**   I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

14

15      (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

16      (2) ☑   placed the envelope for collection and mailing on the date shown below, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

17

18

19

20      I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

21  6.   I served the documents by the means described in item 5 on *(date):*  **April 23, 2008**

22  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

24  4/23/08              Bridgette M. Phillips
    DATE              (TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

25

26

27

28

- 6 -

**EXHIBIT A**

xxx

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
03/25/2008
CT Log Number 513233380

|||||||||||||||||||||||||||||||||||||||||||||||||||||

TO:     Mary Kay Gould, Assistant Secretary
        Unisys Corporation
        Mail Stop E4-111, Unisys Way
        Blue Bell, PA 19424

RE:     **Process Served in California**                    MAR 2 6 2008

FOR:    Unisys Corporation (Domestic State: DE)

# RECEIVED

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Humberto Marquez, Pltf. vs. Unisys Corp., etc., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Verification, Notice, Cover Sheet, Exhibit(s) |
| **COURT/AGENCY:** | Santa Clara County, Superior County, CA Case # 108CV108433 |
| **NATURE OF ACTION:** | Conversion - Fraud - Defendant failed and refused to produce the savings bonds for redemption or explain what happened to the money deducted from plaintiff's paychecks |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/24/2008 at 08:45 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service--file written response // 8/12/08 at 2:15 p.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Humberto Marquez 3315 San Felipe Rd. #92 San Jose, CA 95135 650-558-9366 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 790477016190 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / VI

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUMMONS
**(CITACION JUDICIAL)**

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)*:
UNISYS CORP., a California corporation, and
DOES 1-10, Inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

D. Wendel

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)*:
HUMBERTO MARQUEZ

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
191 North First Street
San Jose, CA 95113

**1 0 8 C V 1 0 8 4 3 3**

Downtown Superior Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
HUMBERTO MARQUEZ
3315 San Felipe Rd. #92
San Jose, CA 95135                                   (650) 558-9366

| DATE: | Kiri Torre | Clerk, by | , Deputy |
|---|---|---|---|
| *(Fecha)* MAR 1 8 2008 | Chief Executive Officer/Clerk | *(Secretario)* | *(Adjunto)* |

D. Wendel

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Unisys Corp., a California corporation
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
*Martin Dean's Essential Forms* ™

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

HUMBERTO MARQUEZ

# CIVIL LAWSUIT NOTICE

**Superior Court of California, County of Santa Clara**
**191 N. First St., San Jose, CA 95113**

CASE NUMBER: _____

**ATTACHMENT CV-5012**

**1 0 8 C V 1 0 8 4 3 3**

## READ THIS ENTIRE FORM

_PLAINTIFFS_ (the person(s) suing):  Within 60 days after filing the lawsuit, you must serve each defendant with the _Complaint_, _Summons_, an _Alternative Dispute Resolution (ADR) Information Sheet_, and a copy of this _Civil Lawsuit Notice_, and you must file written proof of such service.

_DEFENDANTS_ (The person(s) being sued):  You must do each of the following to protect your rights:

1. You must file a written response to the _Complaint_, in the Clerk's Office of the Court, within 30 days of the date the _Summons_ and _Complaint_ were served on you;
2. You must send a copy of your written response to the plaintiff; and
3. You must attend the first Case Management Conference.

**Warning:  If you do not do these three things, you may automatically lose this case.**

_RULES AND FORMS:_  You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms.  You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing:  408-293-8177 or becky@rose-printing.com (there is a charge for forms)

For other local legal information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

_CASE MANAGEMENT CONFERENCE (CMC):_  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a _Case Management Statement_ (Judicial Council form CM-110) at least 15 calendar days before the CMC.

_You or your attorney must appear at the CMC.  You may ask to appear by telephone – see Local Civil Rule 8._

Your Case Management Judge is: **Mary Jo Levinger**                 Department:  **5**

The 1st CMC is scheduled for: (Completed by Clerk of Court)

Date: **AUG 1 2 2008**  Time: **2:15 PM**  in Department  **5**

The next CMC is scheduled for: (Completed by party if the 1st CMC was continued or has passed)

Date: _____  Time: _____  in Department _____

_ALTERNATIVE DISPUTE RESOLUTION (ADR):_  If all parties have appeared and filed a completed _ADR Stipulation Form_ (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

_WARNING:_ Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

Form CV-5012
Rev. 07/01/07

**CIVIL LAWSUIT NOTICE**

Page 1 of 1

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, bar number, and address):*
HUMBERTO MARQUEZ
3315 San Felipe Rd. #92
San Jose, CA 95135

TELEPHONE NO.: (650) 558-9366    FAX NO.:
ATTORNEY FOR *(Name):* In Pro Per

FOR COURT USE ONLY

D. Wendel

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court

CASE NAME: MARQUEZ v. UNISYS CORP.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited ☐ Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 108CV108433 |
| | | JUDGE: |
| | | DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☒ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☒ punitive
4. Number of causes of action *(specify):* FIVE
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 3/17/2008

Humberto Marquez
_____
(TYPE OR PRINT NAME)

▶ *(signature)*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Page 1 of 2

HUMBERTO MARQUEZ

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

Martin Dean's
**ESSENTIAL FORMS™**

HUMBERTO MARQUEZ

HUMBERTO MARQUEZ
3315 San Felipe Road #92
San Jose, CA 95135
Telephone: (650) 558-9366

In Pro Per

D. Wendel

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

HUMBERTO MARQUEZ,               )      Case No.  **1 0 8 C V 1 0 8 4 3 3**
                                )      (UNLIMITED CIVIL JURISDICTION)
              Plaintiff,        )
                                )      (1)   CONVERSION;
vs.                             )      (2)   FRAUD;
                                )      (3)   MONEY HAD AND RECEIVED;
UNISYS CORP., a California      )      (4)   IMPOSITION OF CONSTRUCTIVE
corporation, and DOES 1-10,     )            TRUST;
Inclusive,                      )      (5)   UNJUST ENRICHMENT
                                )
              Defendant(s).     )
_____)

COMES NOW, Plaintiff HUMBERTO MARQUEZ, (hereinafter referred to as

"Plaintiff") and alleges as follows:

## JURISDICTION AND VENUE

1.      Pursuant to Article VI, Section 10, of the California Constitution and California

*Code of Civil Procedure* Section 410.10, jurisdiction is proper in the Santa Clara County

Superior Court of the State of California.

2.      Venue is proper under California *Code of Civil Procedure* Section 395(a) in Santa

Clara County Superior Court of California, because defendant either resides in and/or does

1

1   business in the County; the causes of action arose in this judicial branch; and the torts

2   complained of occurred in this venue.

3

4                                    **THE PARTIES**

5          3.      Plaintiff HUMBERTO MARQUEZ is, and was, an individual and at all relevant

6   times a resident of the County of Santa Clara, State of California.

7          4.      Defendant Unisys Corp. (hereinafter referred to as "Unisys" is, and was, a

8   California Corporation with its principal place of business in the County of Santa Clara, State of

9   California.

10

11         5.      Defendants DOES 1 through 10 inclusive, whether individual, corporate,

12  associate, or otherwise, whose true names and capacities are unknown at this time, are sued by

13  these fictitious names.  Plaintiff is informed and believes and thereon alleges that, at all times

14  herein mentioned, each of the defendants sued herein as DOES 1 through 10 was the agent,

15  servant, and/or employee of each and every other defendant herein and, in doing the things

16  hereinafter mentioned, was acting in the scope of his, her or its authority as such agent, servant,

17  and/or employee, and with the permission, consent, and/or ratification of each and every other

18  defendant herein; and that each of said fictitiously named defendants, whether an individual,

19  corporation, association or otherwise, is in some way liable or responsible to the Plaintiff on the

20  facts hereinafter alleged and proximately caused the damages as hereinafter alleged.  At such

21  time as the defendants' true names become known to Plaintiff, this Complaint will be amended

22  to insert said true names and capacities.

23         6.      Plaintiff is informed and believes that at all times relevant to this Complaint, each

24  defendant was the agent, servant, partner, employee, or representative of each other defendant

25  and, in doing the acts described herein, was acting within the course and scope of that

26

27

28

**COMPLAINT FOR DAMAGES**

relationship.

## GENERAL ALLEGATIONS

7.   Plaintiff hereby incorporates by this reference Paragraphs 1 through 6 as though set forth herein.

8.   Memorex Corporation of Santa Clara, California, the predecessor company of Unisys, hired Plaintiff in May 1970. Plaintiff worked for Memorex for 11-1/2 years. When Plaintiff started working for Memorex he signed up for the purchase of United States Savings Bonds through payroll deductions to supplement his future retirement income. For 11-1/2 years, until Plaintiff resigned from the company in October 1981, Memorex deducted from Plaintiff's paycheck $75.00 every pay period, for a total deduction of $22,500.00. Memorex gave Plaintiff the option of (a) having the bonds issued directly to him as they were purchased or, (b) having the bonds issued to Plaintiff at their full value at the time of retirement. In reliance upon representations made by Memorex, Plaintiff elected to have Memorex hold the bonds until he reached retirement age.

9.   Plaintiff resigned from Memorex in October 1981, before he reached retirement age. During the exit interview, Memorex explained to Plaintiff that his retirement was fully vested, and that he was entitled to vacation pay and sick pay. However, Memorex failed to mention the disposition of money taken out of Plaintiff's paychecks to buy U.S. Savings Bonds. True and correct copies of 14 check stubs showing the Savings Bonds deductions are attached to this complaint as Exhibit "A." Despite diligent efforts and reasonable inquiry, Plaintiff has been unable to locate the remaining check stubs. Additionally, Unisys has refused to provide payroll records to substantiate the total payroll deductions for Savings Bonds.

10.   Based on maturity calculations provided by the U.S. Treasury Department, the

3

value of bonds purchased by Plaintiff is currently $106,942.38. A true and correct copy of the calculations is attached as Exhibit "B."

11.     On December 5, 2006, Plaintiff retired at the age of 62. He immediately started collecting retirement pay from Unisys. Also in December 2006, Plaintiff contacted Unisys and inquired about the status and disposition of the U.S. Savings Bonds. Unisys advised Plaintiff that he should contact Fidelity Corporation about the bonds. Fidelity advised him to contact "the government" or Unisys's payroll department.

12.     Plaintiff is informed and believes and thereon alleges that as a result of the corporate merger with Memorex, Unisys assumed all of the assets and liabilities of Memorex, including the responsibility for protecting retirement benefits earned prior to the merger. Plaintiff further alleges that Unisys assumed Memorex's responsibility for purchasing, holding, and surrendering, upon Plaintiff's retirement, the savings bonds for which Plaintiff had paid for during the 11-1/2 years he worked for Memorex.

13.     In an effort to collect on the Savings Bonds investment and interest at maturity, Plaintiff contacted Unisys's Legal Depart, Human Resources Department, and Pay Roll Department 46 times between August 14, 2007 and December 5, 2007. Telephone records substantiating Plaintiff's calls to Unisys offices in Ambler, Pennsylvania and Bismark, North Dakota are attached hereto as Exhibit "C." Additionally, on September 21, 2007, Plaintiff faxed letters to Unisys Corporation describing his unsuccessful efforts to obtain information on what happened to his $22,500.00 investment and interest in U.S. Savings Bonds. A true and correct copy of the letter and record of inquiries are attached as Exhibit "D".

14.     Between July 23, 2007 and September 25, 2007, Plaintiff contacted the U.S. Treasury Department 10 times regarding information about the missing savings bonds.

**COMPLAINT FOR DAMAGES**

Telephone records substantiating Plaintiff's calls to the Treasury Department in Parkersberg, West Virginia are included in the aforementioned Exhibit "C", attached hereto. In response, the Treasury Department indicated that it had no record of bonds purchased by Memorex for Plaintiff. True and correct copies of Treasury Department letters dated, August 9, 2007, August 22, 2007, September 13, 2007, and October 11, 2007 are attached hereto as Exhibit "E."

15.     Plaintiff is informed and believes and thereon alleges that Memorex and Unisys, singly and/or in combination, failed to purchase savings bonds with money deducted from Plaintiff's pay check and subsequently converted the money to their own use, or otherwise misappropriated all of Plaintiff's money.

16.     As a result of Unisys's/Memorex's conversion, fraud, and unjust enrichment Plaintiff has been damaged in the amount of $106,942.38.

## FIRST CAUSE OF ACTION FOR CONVERSION

17.     Plaintiff hereby incorporates by this reference Paragraphs 1 through 16 as though set forth herein.

18.     Plaintiff alleges that Memorex and Unisys singly and/or in combination wrongfully exercised control over money deducted from his paycheck to purchase Savings Bonds, and prevented Plaintiff from having access to his money for a significant period of time. Plaintiff further alleges that he did not consent to the exercise of control over his money after he notified Unisys that he had retired and was ready to start collecting retirement pay, including money derived from the redemption of savings bonds that he thought had been purchased by Memorex and/or Unisys.

19.     Unisys's taking of payroll deductions totaling $22,500.00 belonging to Plaintiff under false pretenses for their own use was wrongful and constitutes a conversion.

20.     Unisys's conversion of the Plaintiff's money has and will continue to cause Plaintiff to suffer irreparable harm, including, but not limited to, loss of $106,942.38 plus interest and related expenses incurred, and to be incurred, in pursuit of recovery of its funds unless this Court issues an order mandating the immediate return of the monies improperly held into the Unisys account, access to said account being blocked from Plaintiff by Unisys.

21.     Unisys's actions in converting Plaintiff's monies were despicable, malicious, oppressive, willful and fraudulent with intent to, and did, deprive Plaintiff of the monies which were to be held until Plaintiff's retirement.  Unisys's actions were done with conscious disregard of Plaintiff's rights and with intent to vex, injure, and annoy Plaintiff such as to constitute oppression, fraud and/or malice under Civil Code Section 3294, entitling Plaintiff to an award of punitive damages.

## SECOND CAUSE OF ACTION FOR FRAUD

22.     Plaintiff hereby incorporates by this reference Paragraphs 1 through 21 as though set forth herein.

23.     The representations made by Memorex and subsequently ratified by Unisys after the corporate merger were false.  Plaintiff is informed and believes that the true facts are that deductions of $75.00 per pay period from Plaintiff's paychecks during the period May 1970 through October 1981 were not, as promised, used to purchase Series EE U.S. Savings Bonds and held until Plaintiff's retirement.  See the aforementioned Exhibit "A."

24.     Based on verified information provided by the United States Treasury Department, there is no record that the $22,500.00 deducted from Plaintiff's paychecks was used to purchase savings bonds.  See the aforementioned Exhibit "D."

25.     Between August 2007 and November 2007, Plaintiff attempted to collect the

6

savings bonds he thought had been purchased on his behalf. Despite 46 contacts and countless hours of telephone conversations with Unisys employees, Unisys failed and refused to produce the savings bonds for redemption or explain what happened to the money deducted from Plaintiff's paychecks.

26.    Plaintiff reasonably relied on the representations made by Unisys and its predecessor company, Memorex, that such representations were material to his decision to agree to payroll deductions for the purchase of savings bonds. Plaintiff would not have agreed to the payroll deductions had the true facts been disclosed to Plaintiff.

27.    Plaintiff is informed and believes that Unisys and Memorex, singly and/or in combination, have stolen, converted to their own use, or otherwise misappropriated all of Plaintiff's money.

28.    As a result of Unisys's misrepresentations Plaintiff has been damaged in the amount of $106,942.38 plus interest and related expenses incurred and to be incurred in pursuit of recovery of its funds in an amount subject to proof.

29.    Unisys's actions were despicable, malicious, oppressive, willful and fraudulent with intent to, and did, deprive plaintiff of monies deducted from Plaintiff's paychecks and held in an account that Plaintiff had no control over, or had access to, and for which he received no benefit. Such actions were done with conscious disregard of Plaintiff's rights and with intent to vex, injure, and annoy Plaintiff such as to constitute oppression, fraud and/or malice under Civil Code Section 3294, entitling Plaintiff to an award of punitive damages.

## THIRD CAUSE OF ACTION FOR MONEY HAD AND RECEIVED

30.    Plaintiff hereby incorporates by this reference Paragraphs 1 through 29 as though set forth herein.

7

31.    Unisys/Memorex became indebted to Plaintiff when they wrongfully induced Plaintiff to have $75.00 per pay period deducted from his paychecks for the purchase of savings bonds that would be held until his retirement.

32.    Plaintiff has requested that the money entrusted to Memorex and Unisys and wrongfully converted by them be returned, with accrued interest.  Unisys has refused.

33.    As of the filing of this Complaint, Unisys has not provided Plaintiff with access to his money, nor have they returned the funds fraudulently obtained from Plaintiff.  Unisys now owes Plaintiff the sum of $106,942.38, with interest on that amount at the legal rate.

## FOURTH CAUSE OF ACTION FOR IMPOSITION OF CONSTRUCTIVE TRUST

34.    Plaintiff incorporates by this reference Paragraphs 1 through 33 as though set forth herein.

35.    Plaintiff reasonably relied on the representations made by Memorex/Unisys, and on the basis of the same he did in fact agree to have $75.00 per pay period deducted from his paychecks for the purchase of savings bonds, to be held until he retired.

36.    Plaintiff is informed and believes that Memorex/Unisys, singly and/or in combination, have stolen, converted to their own use, or otherwise misappropriated all of Plaintiff's money.

37.    Unisys's taking of the payroll deduction funds totaling $22,500.00 belonging to Plaintiff under false pretenses for their own use was wrongful and constitutes a conversion.

38.    Plaintiff has requested that the money deducted from his paychecks and wrongfully converted by Memorex/Unisys be returned.  Unisys has refused.

39.    By virtue of Memorex/Unisys's wrongful acts, Plaintiff requests Unisys hold the converted funds in the amount of $106,942.38, in trust for Plaintiff, as constructive trustee for

the benefit of Plaintiff, with a duty to convey said funds to Plaintiff.

## FIFTH CAUSE OF ACTION FOR UNJUST ENRICHMENT

40.     Plaintiff hereby incorporates by this reference paragraphs 1 through 39 as though set forth herein.

41.     Plaintiff is informed and believes that Unisys has been unjustly enriched by virtue of the transfer of $22,500.00 from Plaintiff to Unisys's account, obtained by fraudulent means, or at minimum through mistake, which Plaintiff continues to have no access to and that Plaintiff is entitled to restitution of the same, plus interest on the aforementioned maturity dates and costs.

WHEREFORE, Plaintiff prays for judgment against Unisys as follows:

1.     For the principal sum of $106,942.38;

2.     For the additional interest on the principal sum at 10 percent per year from the date of last payroll deduction in October 1981;

3.     For an order declaring Unisys hold the converted funds described above in trust for Plaintiff;

4.     For an order declaring Plaintiff the owner of said converted funds;

5.     For an order compelling Unisys to convey said funds to Plaintiff;

6.     For general damages according to proof;

7.     For an accounting of all monies owed to Plaintiff;

8.     For punitive damages;

9.     For costs of suit herein;

10.     For restitution to the Plaintiff of all sums unlawfully collected by Memorex and Unisys from the plaintiff since May 1970;

11.     For an order directing Unisys to deposit into court any and all funds belonging to

1  Plaintiff. Civ.Proc.Code § 572; and

2

3      12.    For such other and further relief as the court may deem appropriate.

4  DATED: _3/17/2008_

5                            HUMBERTO MARQUEZ

6                            PLAINTIFF IN PRO PER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10

**COMPLAINT FOR DAMAGES**

**VERIFICATION**

I, HUMBERTO MARQUEZ, am the Plaintiff in the above entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 3/17/2008

HUMBERTO MARQUEZ
PLAINTIFF IN PRO PER

COMPLAINT FOR DAMAGES

# EXHIBIT "A"



**Stub 1**

2349 4349 4 33 4025 MARQUEZ, HUMBERTO
CO. # EMPLOYEE # TCD PYRL HOME DEPT. #
77
PA PERIOD 11 576 01 4 78 DATE

## MEMOREX CORPORATION

48E

| PAY # | JOB CODE | | UNITS | AMOUNT |
|-------|----------|---|-------|--------|
| 12X | | I | 1 | 70785 |
| 22X | | I | 950 | 11642 |
| 25X | | I | 1 | 1634 |

| DED. # | DESCRIPTION | AMOUNT |
|--------|-------------|--------|
| 21 | KAISER | 1768 |
| 21 | KAISER | 1768 |
| 36 | LTD | 193 |
| 38 | U.S. SAV. BONDS | 7500 |

76E

08E  TOTAL PAY  84061

TOTAL DEDUCTIONS  11229

| FIT | FICA | DI | SIT | OTHER |
|-----|------|----|----|-------|
| 13971 | 5086 | 841 | 2614 | |
| 13971 | 5086 | 841 | 2614 | |

NET 50320
GROSS 84061

---

**Stub 2**

2349 4349 4 33 4025 MARQUEZ, HUMBERTO
CO. # EMPLOYEE # TCD PYRL HOME DEPT. #
77
FROM 021678 TO 022878 PAYROLL PERIOD 022478 DATE

## MEMOREX CORPORATION

48E

| PAY # | JOB CODE | | UNITS | AMOUNT |
|-------|----------|---|-------|--------|
| 12X | | I | 1 | 64249 |
| 22X | | I | 8 | 9804 |
| 97X | | I | 8 | 6536 |

| DED. # | DESCRIPTION | AMOUNT |
|--------|-------------|--------|
| 30 | INS PREM | 780 |
| 38 | U.S. SAV. BONDS | 7500 |

76E

08E  TOTAL PAY  80589

TOTAL DEDUCTIONS  8280

| FIT | FICA | DI | SIT | OTHER |
|-----|------|----|----|-------|
| 12998 | 4480 | 741 | 2398 | |
| 66516 | 22122 | 3657 | 13157 | |

NET 51692
GROSS 372193

---

**Stub 3**

2349 4349 4 33 4025 MARQUEZ, HUMBERTO
CO. # EMPLOYEE # TCD PYRL HOME DEPT. #
77
FROM 030178 TO 031578 PAYROLL PERIOD 031378 DATE

## MEMOREX CORPORATION

48E

| PAY # | JOB CODE | | UNITS | AMOUNT |
|-------|----------|---|-------|--------|
| 12X | | I | 1 | 75020 |
| 22X | | I | 10 | 12255 |
| 25X | | I | 1 | 1634 |

| DED. # | DESCRIPTION | AMOUNT |
|--------|-------------|--------|
| 21 | KAISER | 1768 |
| 36 | LTD | 205 |
| 38 | U.S. SAV. BONDS | 7500 |

76E

08E  TOTAL PAY  88909

TOTAL DEDUCTIONS  9473

| FIT | FICA | DI | SIT | OTHER |
|-----|------|----|----|-------|
| 15328 | 5379 | 889 | 2953 | |
| 81844 | 27501 | 4546 | 16110 | |

NET 54887
GROSS 461102

## Stub 1

| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO |
|---|---|---|---|---|---|
| CO. # | EMPLOYEE # | | TCD | PYRL. HOME DEPT. # | |

FROM 060178 TO 061578  0613
PAYROLL PERIOD   DATE

77

### MEMOREX CORPORATION

| PAY # | JOB CODE | | UNITS | AMOUNT |
|---|---|---|---|---|
| 12X | | I | 1 | 75020 |
| 22X | | I | 16 | 20784 |
| 25X | | I | 8 | 13856 |

| DED. # | DESCRIPTION | AMOUNT |
|---|---|---|
| 21 | KAISER | 176 |
| 36 | LTD | 20 |
| 38 | U.S. SAV. BONDS | 750 |

08E   TOTAL PAY  109660

TOTAL DEDUCTIONS  947

| FIT | FICA | DI | SIT |
|---|---|---|---|
| 21657 | 6635 | 1096 | 4557 |
| 204933 | 65802 | 10876 | 41720 |

OTHER

NET  6624
GROSS  109762

## Stub 2

| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO |
|---|---|---|---|---|---|
| CO. # | EMPLOYEE # | | TCD | PYRL. HOME DEPT. # | |

FROM 040178 TO 041478  04187
PAYROLL PERIOD   DATE

76

### MEMOREX CORPORATION

| PAY # | JOB CODE | | UNITS | AMOUNT |
|---|---|---|---|---|
| 12X | | I | 1 | 75020 |
| 22X | | I | 24 | 31176 |
| 25X | | I | 150 | 2598 |

| DED. # | DESCRIPTION | AMOUNT |
|---|---|---|
| 21 | KAISER | 176 |
| 36 | LTD | 305 |
| 38 | U.S. SAV. BONDS | 7500 |

08E   TOTAL PAY  108794

TOTAL DEDUCTIONS  947

| FIT | FICA | DI | SIT |
|---|---|---|---|
| 21341 | 6592 | 1088 | 4979 |
| 121686 | 39906 | 6596 | 24336 |

OTHER

NET  65751
GROSS  669597

## Stub 3

| 2349 | 4349 | 4 | 33 | 4025 | MARQUEZ, HUMBERTO |
|---|---|---|---|---|---|
| CO. # | EMPLOYEE # | | TCD | PYRL. HOME DEPT. # | |

FROM 031678 TO 033178  032978
PAYROLL PERIOD   DATE

77

### MEMOREX CORPORATION

| PAY # | JOB CODE | | UNITS | AMOUNT |
|---|---|---|---|---|
| 12X | | I | 1 | 75020 |
| 22X | | I | 15 | 19485 |
| 25X | | I | 1 | 1732 |
| 97X | | I | 4 | 3464 |

| DED. # | DESCRIPTION | AMOUNT |
|---|---|---|
| 30 | INS PREM | 780 |
| 38 | U.S. SAV. BONDS | 7500 |

08E   TOTAL PAY  99701

TOTAL DEDUCTIONS  8280

| FIT | FICA | DI | SIT |
|---|---|---|---|
| 18471 | 5823 | 962 | 3747 |

OTHER

NET  62418

## Pay Stub 1

| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | FROM | TO | | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | 091678 | 093078 | | 0927 |

77

### MEMOREX CORPORATION

48E

| PAY # | JOB CODE | | UNITS | AMOUNT | | DED. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12X | | I | 1 | 44765 | | 30 | INS PREM | 780 |
| 19X | | I | 40 | 36360 | | 38 | U.S. SAV. BONDS | 7500 |
| 22X | | I | 6 | 8181 | | | | |

OBE   TOTAL PAY   89306

TOTAL DEDUCTIONS   8280

| FIT | FICA | DI | SIT | OTHER | NET | 57204 |
|---|---|---|---|---|---|---|
| 15439 | 5403 | | 2980 | | | |
| 330498 | 106666 | 11400 | 67028 | | GROSS | 1786933 |

## Pay Stub 2

| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | FROM | TO | | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | 070178 | 071578 | | 071378 |

77

### MEMOREX CORPORATION

48E

| PAY # | JOB CODE | | UNITS | AMOUNT | | DED. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12X | | I | 1 | 75020 | | 21 | KAISER | 1768 |
| 22X | | I | 13 | 16887 | | 36 | LTD | 205 |
| 25X | | I | 8 | 13456 | | 38 | U.S. SAV. BONDS | 7500 |

OBE   TOTAL PAY   105763

TOTAL DEDUCTIONS   9473

| FIT | FICA | DI | SIT | OTHER | NET | 65248 |
|---|---|---|---|---|---|---|
| 20411 | 6399 | | 4232 | | | |
| 241633 | 77368 | 11400 | 49145 | | GROSS | 1295732 |

## Pay Stub 3

| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | FROM | TO | | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | 071678 | 073178 | | 072778 |

77

### MEMOREX CORPORATION

48E

| PAY # | JOB CODE | | UNITS | AMOUNT | | DED. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12X | | I | 1 | 75020 | | 30 | INS PREM | 780 |
| 22X | | I | 23 | 29877 | | 38 | U.S. SAV. BONDS | 7500 |
| 25X | | I | 8 | 13856 | | | | |

OBE   TOTAL PAY   118753

TOTAL DEDUCTIONS   8280

| FIT | FICA | DI | SIT | OTHER | NET | 73129 |
|---|---|---|---|---|---|---|
| 24765 | 7164 | | 5375 | | | |

## Stub 1

| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | FROM | TO | |
|---|---|---|---|---|---|---|---|---|
| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | 111678 | 113078 | 11287 |

QRP25

**MEMOREX CORPORATION**

PAYROLL PERIOD / DATE

48E

| PAY # | JOB CODE | | UNITS | AMOUNT | DED. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12X | | I | 1 | 73629 | 30 | INS PREM | 780 |
| 19X | | I | 8 | 7476 | 38 | U.S. SAV. BONDS | 7500 |
| 22X | | I | 10 | 14055 | | | |
| 28X | | I | 1 | 3373 | | | |
| 28X | | I | 8 | 3748 | | | |

08E    TOTAL PAY    102301

TOTAL DEDUCTIONS    8280

| FIT | FICA | DI | SIT | OTHER | NET | 72112 |
|---|---|---|---|---|---|---|
| 18224 | 107085 | 11400 | 3685 | | GROSS | 2190142 |
| 404869 | | | 82129 | | | |

## Stub 2

| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | FROM | TO | |
|---|---|---|---|---|---|---|---|---|
| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | 110178 | 111578 | 11137 |

77

**MEMOREX CORPORATION**

PAYROLL PERIOD / DATE

48E

| PAY # | JOB CODE | | UNITS | AMOUNT | DED. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12X | | I | 1 | 81125 | 21 | KAISER | 1768 |
| 22X | | I | 8 | 11244 | 36 | LTD | 221 |
| 28X | | I | 8 | 375 | 38 | U.S. SAV. BONDS | 7500 |

*37.44*
*33.73*

08E    TOTAL PAY    92744

TOTAL DEDUCTIONS    9489

| FIT | FICA | DI | SIT | OTHER | NET | 63632 |
|---|---|---|---|---|---|---|
| 16402 | 107085 | 11400 | 3221 | | GROSS | 2087841 |
| 386645 | | | 78444 | | | |

## Stub 3

| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | FROM | TO | |
|---|---|---|---|---|---|---|---|---|
| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | 100178 | 101578 | 101178 |

77

**MEMOREX CORPORATION**

PAYROLL PERIOD / DATE

48E

| PAY # | JOB CODE | | UNITS | AMOUNT | DED. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12X | | I | 1 | 81125 | 21 | KAISER | 570- |
| 22X | | I | 15 | 21083 | 21 | KAISER | 1768 |
| 28X | | I | 8 | 3748 | 36 | LTD | 221 |
| | | | | | 38 | U.S. SAV. BONDS | 7500 |

08E    TOTAL PAY    105956

TOTAL DEDUCTIONS    8919

| FIT | FICA | DI | SIT | OTHER | NET | 71899 |
|---|---|---|---|---|---|---|
| 20472 | 419 | | 4247 | | | |
| 350920 | 107015 | | | | | |



| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | | FROM 121678 | TO 123178 | 12267 |
| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | | PAYROLL PERIOD | | DATE |

**QRP25**      MEMOREX CORPORATION

| 48E | | | | 76E | | |
| PAY # | JOB CODE | UNITS | AMOUNT | DED. # | DESCRIPTION | AMOUNT |
| 12X | I | 1 | 81125 | 30 | INS PREM | 780 |
| 22X | I | 4 | 12650 | 38 | U.S. SAV. BONDS | 7500 |
| 28X | I | 8 | 3748 | | | |

| 08E | TOTAL PAY | 97523 | | TOTAL DEDUCTIONS | 8280 |

| FIT | FICA | DI | SIT | OTHER | NET |
| 17775 | | | 3573 | | 67895 |
| 449230 | 107085 | 11400 | 91557 | | GROSS 2411424 |

| 2349 | 4349 | 4 | 32 | 4025 | MARQUEZ, HUMBERTO | | FROM 120178 | TO 121578 | 121378 |
| CO. # | EMPLOYEE # | TCD | PYRL. | HOME DEPT. # | | | PAYROLL PERIOD | | DATE |

**QRP25**      MEMOREX CORPORATION

| 48E | | | | 76E | | |
| PAY # | JOB CODE | UNITS | AMOUNT | DED. # | DESCRIPTION | AMOUNT |
| 12X | I | 1 | 81125 | 21 | KAISER | 2021 |
| 22X | I | 13 | 18272 | 36 | LTD | 221 |
| 25X | I | 13 | 24362 | 38 | U.S. SAV. BONDS | 7500 |

| 08E | TOTAL PAY | 123759 | | TOTAL DEDUCTIONS | 9742 |

| FIT | FICA | DI | SIT | OTHER | NET |
| 26586 | | | 5455 | | 81576 |

# EXHIBIT "B"

| Year Issued | Pay Period | Month | Amount Paid | Current Value | Final Maturity |
|---|---|---|---|---|---|
| 1970 | Pay Period 9 |  | $75.00 | $412.08 |  |
| Series E |  |  |  |  |  |
|  | Pay Period 10 | May | $75.00 | $412.08 |  |
|  | Pay Period 11 | May | $75.00 | $412.08 |  |
|  | Pay Period 12 | June | $75.00 | $414.00 |  |
|  | Pay Period 13 | June | $75.00 | $414.00 |  |
|  | Pay Period 14 | July | $75.00 | $418.08 |  |
|  | Pay Period 15 | July | $75.00 | $418.08 |  |
|  | Pay Period 16 | August | $75.00 | $419.07 |  |
|  | Pay Period 17 | August | $75.00 | $419.07 |  |
|  | Pay Period 18 | September | $75.00 | $419.07 |  |
|  | Pay Period 19 | September | $75.00 | $419.07 |  |
|  | Pay Period 20 | October | $75.00 | $419.07 |  |
|  | Pay Period 21 | October | $75.00 | $419.07 |  |
|  | Pay Period 22 | November | $75.00 | $419.07 |  |
|  | Pay Period 23 | November | $75.00 | $419.07 |  |
|  | Pay Period 24 | November | $75.00 | $419.07 |  |
|  | Pay Period 25 | December | $75.00 | $420.03 |  |
|  | Pay Period 26 | December | $75.00 | $420.03 |  |

| Pay Period | Month | Amount | Total | |
|---|---|---|---|---|
| Pay Period 1 | January | $75.00 | $378.9 | |
| Pay Period 2 | January | $75.00 | $378.90 | |
| Pay Period 3 | February | $75.00 | $379.80 | |
| Pay Period 4 | February | $75.00 | $379.80 | |
| Pay Period 5 | March | $75.00 | $379.80 | |
| Pay Period 6 | March | $75.00 | $379.80 | |
| Pay Period 7 | April | $75.00 | $379.80 | |
| Pay Period 8 | April | $75.00 | $379.80 | |
| Pay Period 9 | May | $75.00 | $379.80 | |
| Pay Period 10 | May | $75.00 | $379.80 | |
| Pay Period 11 | May | $75.00 | $379.80 | |
| Pay Period 12 | June | $75.00 | $380.85 | |
| Pay Period 13 | June | $75.00 | $380.85 | |
| Pay Period 14 | July | $75.00 | $378.18 | |
| Pay Period 15 | July | $75.00 | $378.18 | |
| Pay Period 16 | August | $75.00 | $379.08 | |
| Pay Period 17 | August | $75.00 | $379.08 | |
| Pay Period 18 | September | $75.00 | $379.08 | |
| Pay Period 19 | September | $75.00 | $379.08 | |
| Pay Period 20 | October | $75.00 | $379.08 | |
| Pay Period 21 | October | $75.00 | $379.08 | |
| Pay Period 22 | October | $75.00 | $379.08 | |
| Pay Period 23 | November | $75.00 | $379.08 | |
| Pay Period 24 | November | $75.00 | $379.08 | |
| Pay Period 25 | December | $75.00 | $379.98 | |
| Pay Period 26 | December | $75.00 | $379.98 | |

| | | | | $377.6 |
|---|---|---|---|---|
| Pay Period 1 | January | $75.00 | | |
| Pay Period 2 | January | $75.00 | | $377.64 |
| Pay Period 3 | February | $75.00 | | $378.51 |
| Pay Period 4 | February | $75.00 | | $378.51 |
| Pay Period 5 | March | $75.00 | | $378.57 |
| Pay Period 6 | March | $75.00 | | $378.57 |
| Pay Period 7 | April | $75.00 | | $378.57 |
| Pay Period 8 | April | $75.00 | | $378.57 |
| Pay Period 9 | May | $75.00 | | $378.57 |
| Pay Period 10 | May | $75.00 | | $378.57 |
| Pay Period 11 | May | $75.00 | | $378.57 |
| Pay Period 12 | June | $75.00 | | $379.62 |
| Pay Period 13 | June | $75.00 | | $379.62 |
| Pay Period 14 | July | $75.00 | | $383.31 |
| Pay Period 15 | July | $75.00 | | $383.31 |
| Pay Period 16 | August | $75.00 | | $384.15 |
| Pay Period 17 | August | $76.00 | | $384.15 |
| Pay Period 18 | September | $75.00 | | $384.15 |
| Pay Period 19 | September | $75.00 | | $384.15 |
| Pay Period 20 | October | $75.00 | | $384.15 |
| Pay Period 21 | October | $75.00 | | $384.15 |
| Pay Period 22 | October | $75.00 | | $384.15 |
| Pay Period 23 | November | $75.00 | | $384.15 |
| Pay Period 24 | November | $75.00 | | $384.15 |
| Pay Period 25 | December | $75.00 | | $384.99 |
| Pay Period 26 | December | $75.00 | | $384.99 |

| Pay Period | Month | | |
|---|---|---|---|
| Pay Period 1 | July | $75.00 | $388.6 |
| Pay Period 2 | January | $75.00 | $388.68 |
| Pay Period 3 | February | $75.00 | $389.67 |
| Pay Period 4 | February | $75.00 | $389.67 |
| Pay Period 5 | March | $75.00 | $389.67 |
| Pay Period 6 | March | $75.00 | $389.67 |
| Pay Period 7 | April | $75.00 | $389.67 |
| Pay Period 8 | April | $75.00 | $389.67 |
| Pay Period 9 | April | $75.00 | $389.67 |
| Pay Period 10 | May | $75.00 | $389.67 |
| Pay Period 11 | May | $75.00 | $389.67 |
| Pay Period 12 | June | $75.00 | $390.60 |
| Pay Period 13 | June | $75.00 | $390.60 |
| Pay Period 14 | July | $75.00 | $394.38 |
| Pay Period 15 | July | $75.00 | $394.38 |
| Pay Period 16 | August | $75.00 | $395.22 |
| Pay Period 17 | August | $75.00 | $395.22 |
| Pay Period 18 | September | $75.00 | $395.28 |
| Pay Period 19 | September | $75.00 | $395.28 |
| Pay Period 20 | September | $75.00 | $395.28 |
| Pay Period 21 | October | $75.00 | $395.28 |
| Pay Period 22 | October | $75.00 | $395.28 |
| Pay Period 23 | November | $75.00 | $395.28 |
| Pay Period 24 | November | $75.00 | $395.28 |
| Pay Period 25 | December | $75.00 | $385.44 |
| Pay Period 26 | December | $75.00 | $385.44 |

| | | | | |
|---|---|---|---|---|
| Pay Period 1 | January | $75.00 | $385.44 | |
| Pay Period 2 | January | $75.00 | $385.44 | |
| Pay Period 3 | February | $75.00 | $385.44 | |
| Pay Period 4 | February | $75.00 | $385.44 | |
| Pay Period 5 | March | $75.00 | $385.44 | |
| Pay Period 6 | March | $75.00 | $385.44 | |
| Pay Period 7 | March | $75.00 | $385.44 | |
| Pay Period 8 | April | $75.00 | $385.44 | |
| Pay Period 9 | April | $75.00 | $385.44 | |
| Pay Period 10 | May | $75.00 | $389.13 | |
| Pay Period 11 | May | $75.00 | $389.13 | |
| Pay Period 12 | June | $75.00 | $390.06 | |
| Pay Period 13 | June | $75.00 | $390.06 | |
| Pay Period 14 | July | $75.00 | $390.06 | |
| Pay Period 15 | July | $75.00 | $390.06 | |
| Pay Period 16 | August | $75.00 | $390.06 | |
| Pay Period 17 | August | $75.00 | $390.06 | |
| Pay Period 18 | September | $75.00 | $390.06 | |
| Pay Period 19 | September | $75.00 | $390.06 | |
| Pay Period 20 | September | $75.00 | $390.06 | |
| Pay Period 21 | October | $75.00 | $390.06 | |
| Pay Period 22 | October | $75.00 | $390.06 | |
| Pay Period 23 | November | $75.00 | $393.78 | |
| Pay Period 24 | November | $75.00 | $393.78 | |
| Pay Period 25 | December | $75.00 | $394.77 | |
| Pay Period 26 | December | $75.00 | $394.77 | |

| | | | |
|---|---|---|---|
| Pay Period 1 | January | $75.00 | $394.71 |
| Pay Period 2 | January | $75.00 | $394.71 |
| Pay Period 3 | February | $75.00 | $394.71 |
| Pay Period 4 | February | $75.00 | $394.71 |
| Pay Period 5 | March | $75.00 | $394.71 |
| Pay Period 6 | March | $75.00 | $394.71 |
| Pay Period 7 | March | $75.00 | $394.71 |
| Pay Period 8 | April | $75.00 | $394.71 |
| Pay Period 9 | April | $75.00 | $394.71 |
| Pay Period 10 | May | $75.00 | $398.49 |
| Pay Period 11 | May | $75.00 | $398.49 |
| Pay Period 12 | June | $75.00 | $399.45 |
| Pay Period 13 | June | $75.00 | $399.45 |
| Pay Period 14 | July | $75.00 | $399.45 |
| Pay Period 15 | July | $75.00 | $399.45 |
| Pay Period 16 | August | $75.00 | $399.45 |
| Pay Period 17 | August | $75.00 | $399.45 |
| Pay Period 18 | September | $75.00 | $399.45 |
| Pay Period 19 | September | $75.00 | $399.45 |
| Pay Period 20 | September | $75.00 | $399.45 |
| Pay Period 21 | October | $75.00 | $399.45 |
| Pay Period 22 | October | $75.00 | $399.45 |
| Pay Period 23 | November | $75.00 | $403.38 |
| Pay Period 24 | November | $75.00 | $403.38 |
| Pay Period 25 | December | $75.00 | $404.25 |
| Pay Period 26 | December | $75.00 | $404.25 |

| | | | | |
|---|---|---|---|---|
| Pay Period 1 | January | $75.00 | $404.2 | |
| Pay Period 2 | January | $75.00 | $404.28 | |
| Pay Period 3 | February | $75.00 | $404.28 | |
| Pay Period 4 | February | $75.00 | $404.28 | |
| Pay Period 5 | February | $75.00 | $404.28 | |
| Pay Period 6 | March | $75.00 | $404.28 | |
| Pay Period 7 | March | $75.00 | $404.28 | |
| Pay Period 8 | April | $75.00 | $404.28 | |
| Pay Period 9 | April | $75.00 | $404.28 | |
| Pay Period 10 | May | $75.00 | $408.12 | |
| Pay Period 11 | May | $75.00 | $408.12 | |
| Pay Period 12 | June | $75.00 | $409.02 | |
| Pay Period 13 | June | $75.00 | $409.02 | |
| Pay Period 14 | July | $75.00 | $408.96 | |
| Pay Period 15 | July | $75.00 | $408.96 | |
| Pay Period 16 | August | $75.00 | $408.96 | |
| Pay Period 17 | August | $75.00 | $408.96 | |
| Pay Period 18 | August | $75.00 | $408.96 | |
| Pay Period 19 | September | $75.00 | $408.96 | |
| Pay Period 20 | September | $75.00 | $408.96 | |
| Pay Period 21 | October | $75.00 | $408.96 | |
| Pay Period 22 | October | $75.00 | $408.96 | |
| Pay Period 23 | November | $75.00 | $412.95 | |
| Pay Period 24 | November | $75.00 | $412.95 | |
| Pay Period 25 | December | $75.00 | $414.12 | |
| Pay Period 26 | December | $75.00 | $414.12 | |

| 1977 | Pay Period 1 | uary | $75.00 | $414.1 | aturity Date 1/1/07 |
|---|---|---|---|---|---|
| | Pay Period 2 | January | $75.00 | $414.12 | |
| | Pay Period 3 | January | $75.00 | $414.12 | |
| | Pay Period 4 | February | $75.00 | $414.12 | 2/1/07 |
| | Pay Period 5 | February | $75.00 | $414.12 | |
| | Pay Period 6 | March | $75.00 | $414.12 | 3/1/07 |
| | Pay Period 7 | March | $75.00 | $414.12 | |
| | Pay Period 8 | April | $75.00 | $414.12 | |
| | Pay Period 9 | April | $76.00 | $414.12 | 4/1/07 |
| | Pay Period 10 | May | $75.00 | $418.20 | |
| | Pay Period 11 | May | $75.00 | $418.20 | 5/1/07 |
| | Pay Period 12 | June | $75.00 | $419.10 | 6/1/07 |
| | Pay Period 13 | June | $75.00 | $419.10 | |
| | Pay Period 14 | July | $75.00 | $419.01 | 7/1/07 |
| | Pay Period 15 | July | $75.00 | $419.01 | |
| | Pay Period 16 | July | $75.00 | $419.01 | 6/1/07 |
| | Pay Period 17 | August | $76.00 | $419.01 | |
| | Pay Period 18 | August | $75.00 | $419.01 | 7/1/07 |
| | Pay Period 19 | September | $75.00 | $419.01 | |
| | Pay Period 20 | September | $75.00 | $419.01 | 8/1/07 |
| | Pay Period 21 | October | $75.00 | $419.01 | |
| | Pay Period 22 | October | $75.00 | $419.01 | 10/1/07 |
| | Pay Period 23 | November | $75.00 | $384.27 | |
| | Pay Period 24 | November | $75.00 | $384.27 | 11/1/07 |
| | Pay Period 25 | December | $75.00 | $385.35 | 12/1/07 |
| | Pay Period 26 | December | $75.00 | $385.35 | |

| Pay Period | Month | Amount | Total | Date |
|---|---|---|---|---|
| Pay Period 1 | January | $75.00 | $385.35 | 1/1/08 |
| Pay Period 2 | January | $75.00 | $385.35 | |
| Pay Period 3 | January | $75.00 | $385.35 | |
| Pay Period 4 | February | $75.00 | $377.79 | 2/1/08 |
| Pay Period 5 | February | $75.00 | $377.79 | |
| Pay Period 6 | March | $75.00 | $318.81 | 3/1/08 |
| Pay Period 7 | March | $75.00 | $318.81 | |
| Pay Period 8 | April | $75.00 | $318.81 | 4/1/08 |
| Pay Period 9 | April | $75.00 | $318.81 | |
| Pay Period 10 | May | $75.00 | $313.74 | 5/1/08 |
| Pay Period 11 | May | $75.00 | $313.74 | |
| Pay Period 12 | June | $75.00 | $314.55 | 6/1/08 |
| Pay Period 13 | June | $75.00 | $314.55 | |
| Pay Period 14 | July | $75.00 | $314.61 | 7/1/08 |
| Pay Period 15 | July | $75.00 | $314.61 | |
| Pay Period 16 | July | $75.00 | $314.61 | |
| Pay Period 17 | August | $75.00 | $308.43 | 8/1/08 |
| Pay Period 18 | August | $75.00 | $308.43 | |
| Pay Period 19 | September | $75.00 | $308.43 | 9/1/08 |
| Pay Period 20 | September | $75.00 | $308.43 | |
| Pay Period 21 | October | $75.00 | $308.43 | 10/1/08 |
| Pay Period 22 | October | $75.00 | $308.43 | |
| Pay Period 23 | November | $75.00 | $311.37 | 11/1/08 |
| Pay Period 24 | November | $75.00 | $311.37 | |
| Pay Period 25 | December | $75.00 | $312.21 | 12/1/08 |
| Pay Period 26 | December | $75.00 | $312.21 | |

| 1978 | Pay Period | Number | $75.00 | $312.2 | aturity Date 12/1/08 |
|------|-----------|--------|--------|--------|----------------------|
| | 27 | | | | |

| | | | | |
|---|---|---|---|---|
| Pay Period 1 | | $75.00 | $312.24 | 1/1/09 |
| Pay Period 2 | January | $75.00 | $312.24 | |
| Pay Period 3 | February | $75.00 | $312.24 | 2/1/09 |
| Pay Period 4 | February | $75.00 | $312.24 | |
| Pay Period 5 | March | $75.00 | $306.12 | 3/1/09 |
| Pay Period 6 | March | $75.00 | $306.12 | |
| Pay Period 7 | April | $75.00 | $306.12 | 4/1/09 |
| Pay Period 8 | April | $75.00 | $306.12 | |
| Pay Period 9 | May | $75.00 | $309.09 | 5/1/09 |
| Pay Period 10 | May | $75.00 | $309.09 | |
| Pay Period 11 | June | $75.00 | $309.81 | 6/1/09 |
| Pay Period 12 | June | $75.00 | $309.81 | |
| Pay Period 13 | July | $75.00 | $309.81 | 7/1/09 |
| Pay Period 14 | July | $75.00 | $309.81 | |
| Pay Period 15 | July | $75.00 | $309.81 | |
| Pay Period 16 | August | $75.00 | $309.81 | 8/1/09 |
| Pay Period 17 | August | $75.00 | $309.81 | |
| Pay Period 18 | September | $75.00 | $303.72 | 9/1/09 |
| Pay Period 19 | September | $75.00 | $303.72 | |
| Pay Period 20 | October | $75.00 | $303.72 | 10/1/09 |
| Pay Period 21 | October | $75.00 | $303.72 | |
| Pay Period 22 | November | $75.00 | $306.60 | 11/1/09 |
| Pay Period 23 | November | $75.00 | $306.60 | |
| Pay Period 24 | December | $75.00 | $306.60 | 12/1/09 |
| Pay Period 25 | December | $75.00 | $306.60 | |
| Pay Period 26 | December | $75.00 | $306.60 | |

| | | | | | |
|---|---|---|---|---|---|
| | Pay Period 1 | January | $75.00 | $306.60 | 1/1/10 |
| | Pay Period 2 | January | $75.00 | $306.60 | |
| | Pay Period 3 | February | $75.00 | $306.60 | 2/1/10 |
| | Pay Period 4 | February | $75.00 | $306.60 | |
| | Pay Period 5 | March | $75.00 | $300.60 | 3/1/10 |
| | Pay Period 6 | March | $75.00 | $300.60 | |
| | Pay Period 7 | April | $75.00 | $300.60 | 4/1/10 |
| | Pay Period 8 | April | $75.00 | $300.60 | |
| | Pay Period 9 | May | $75.00 | $303.63 | 5/1/10 |
| | Pay Period 10 | May | $75.00 | $303.63 | |
| | Pay Period 11 | June | $75.00 | $303.63 | 6/1/10 |
| Series E | Pay Period 12 | June | $75.00 | $303.63 | |
| Series EE | Pay Period 13 | June | $75.00 | $303.63 | |
| | Pay Period 14 | July | $75.00 | $227.43 | 7/1/10 |
| | Pay Period 15 | July | $75.00 | $227.43 | |
| | Pay Period 16 | August | $75.00 | $227.43 | 8/1/10 |
| | Pay Period 17 | August | $75.00 | $227.43 | |
| | Pay Period 18 | September | $75.00 | $222.96 | 9/1/10 |
| | Pay Period 19 | September | $75.00 | $222.96 | |
| | Pay Period 20 | October | $75.00 | $222.96 | 10/1/10 |
| | Pay Period 21 | October | $75.00 | $222.96 | |
| | Pay Period 22 | November | $75.00 | $204.36 | 11/1/10 |
| | Pay Period 23 | November | $75.00 | $204.36 | |
| | Pay Period 24 | November | $75.00 | $204.36 | |
| | Pay Period 25 | December | $75.00 | $204.36 | 12/1/10 |
| | Pay Period 26 | December | $75.00 | $204.36 | |

| | | | | | |
|---|---|---|---|---|---|
| | Pay Period 1 | January | $75.00 | $204.36 | 1/1/11 |
| | Pay Period 2 | January | $75.00 | $204.36 | |
| | Pay Period 3 | February | $75.00 | $204.36 | 2/1/11 |
| | Pay Period 4 | February | $75.00 | $204.36 | |
| | Pay Period 5 | March | $75.00 | $200.37 | 3/1/11 |
| | Pay Period 6 | March | $75.00 | $200.37 | |
| | Pay Period 7 | April | $75.00 | $200.37 | 4/1/11 |
| | Pay Period 8 | April | $75.00 | $200.37 | |
| | Pay Period 9 | May | $75.00 | $191.82 | 5/1/11 |
| | Pay Period 10 | May | $75.00 | $191.82 | |
| | Pay Period 11 | May | $75.00 | $191.82 | |
| | Pay Period 12 | June | $75.00 | $191.82 | 6/1/11 |
| | Pay Period 13 | June | $75.00 | $191.82 | |
| | Pay Period 14 | July | $75.00 | $191.82 | 7/1/11 |
| | Pay Period 15 | July | $75.00 | $191.82 | |
| | Pay Period 16 | August | $75.00 | $191.82 | 8/1/11 |
| | Pay Period 17 | August | $75.00 | $191.82 | |
| | Pay Period 18 | September | $75.00 | $188.07 | 9/1/11 |
| | Pay Period 19 | September | $75.00 | $188.07 | |
| | Pay Period 20 | October | $75.00 | $188.07 | 10/1/11 |
| Series EE | Pay Period 21 | October | $75.00 | $188.07 | |
| | | | | | |
| | | | $22,500.00 | $106,942.38 | |

# EXHIBIT "C"



DENISE M MARQUEZ
TS CASTILLIAN WAY
SAN MATEO CA 94402 - 2204

Account 850 558-5508 677 7
Billing Date    Sep 13, 2007

## Plans and Services

### Surcharges and Other Fees

| | | |
|---|---|---|
| 1. Federal Subscriber Line Charge | | 4.39 |
| 2. Rate Surcharge | | .42 |
| 3. State Regulatory Fee | | .03 |
| 4. Federal Universal Service Fee | | .40 |
| **Total Surcharges and Other Fees** | | **5.32** |

### Government Fees and Taxes

| | | |
|---|---|---|
| 5. CA High Cost Fund Surcharge - A: | | .03 |
| 6. CA High Cost Fund Surcharge - B: | | .27 |
| 7. California Teleconnect Fund Surcharge | | .02 |
| 8. Universal Lifeline Telephone Service Surcharge | | .22 |
| 9. CA Relay Service and Communications Devices Fund | | .07 |
| 10. 9-1-1 Emergency System | | .11 |
| 11. Federal | | .72 |
| **Total Government Fees and Taxes** | | **1.44** |

**Total Plans and Services**    26.81

## AT&T Long Distance

### Important Information

Message Regarding Terms & Conditions:
To view your Terms & Conditions for AT&T Long
Distance, access www.att.com/public_affairs
or call 1 800 225-8530 to have a copy mailed.

### Account Summary

| Description | |
|---|---|
| Charges for August | 30.03 |
| **Total Account Summary Charges** | **30.03** |

### Invoice Summary

(as of AUGUST    22, 2007)

| Current Charges | |
|---|---|
| Service Charges | 11.67 |
| Credits and Adjustments | .00 |
| Call Charges | 14.64 |
| Surcharges and Other Fees | 3.58 |
| Government Fees and Taxes | .14 |
| **Total Invoice Summary** | **30.03** |

### Service Charges

**Monthly Service Charges**

| Type of Service | Period | Qty | |
|---|---|---|---|
| 12. JustCall 200 Preferd | AUG 21 to SEP 20 | 1 | 6.00 |
| 13. Mexico ValueCall 100 (Prorated AUG 17 to AUG 20 | 1 | .67 |

**Monthly Service Charges - Continued**

| Type of Service | Period | Qty | |
|---|---|---|---|
| 14. Mexico ValueCall 100 | AUG 21 to SEP 20 | 1 | 5.00 |
| **Total Monthly Service Charges** | | | **11.67** |

**Total Service Charges**    11.67

### Call Charges - Jul 21st thru Aug 20th

Calls for 900-550-5506

Domestic

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 15. | 7-19 | 849A | SILIS WEST CA | 408 906-5800 | DZ | 3:00 | .27 |
| 16. | 7-19 | 943A | SILIS WEST CA | 408 996-5500 | DZ | 3:00 | .27 |
| 17. | 7-20 | 1118A | SILIS WEST CA | 408 277-9500 | DZ | 2:00 | .18 |
| 18. | 7-20 | 1134A | NY-VERI | CA 652-004-0047 | DZ | 1:00 | .00 |
| 19. | 7-23 | 1235P | PARKERSBG WV | 304 480-7711 | DZ | 2:00 | .00 |
| 20. | 7-23 | 1240P | PARKERSBG WV | 304 480-7711 | DZ | 5:00 | .00 |
| 21. | 7-23 | 316P | DENVER CO | 303 900-7458 | DZ | 2:00 | .00 |
| 22. | 7-23 | 318P | TAMPA FL | 813 787-2733 | DZ | 3:00 | .00 |
| 23. | 7-23 | 322P | AURORA CO | 303 620-7087 | DZ | 1:00 | .00 |
| 24. | 7-24 | 1107A | DENVER CO | 303 480-7087 | DZ | 1:00 | .00 |
| 25. | 7-24 | 118P | PARKERSBG WV | 304 480-7711 | DZ | 5:00 | .00 |
| 26. | 7-24 | 118P | PARKERSBG WV | 304 480-7711 | DZ | 6:00 | .00 |
| 27. | 7-24 | 121P | AURORA CO | 720 277-9615 | DZ | 2:00 | .00 |
| 28. | 7-24 | 124P | TAMPA FL | 813 787-2733 | DZ | 1:00 | .00 |
| 29. | 7-24 | 125P | PARKERSBG WV | 304 480-7711 | DZ | 5:00 | .00 |
| 30. | 7-24 | 128P | PARKERSBG WV | 304 480-7711 | DZ | 4:00 | .00 |
| 31. | 7-24 | 132P | PARKERSBG WV | 304 480-7711 | DZ | 11:00 | .00 |
| 32. | 7-24 | 348P | FINK OLIVICA | 510 220-8500 | DZ | 1:00 | .00 |
| 33. | 7-24 | 728P | AURORA CO | 720 277-9615 | DZ | 1:00 | .00 |
| 34. | 7-24 | 729P | TAMPA FL | 813 787-2733 | DZ | 1:00 | .00 |
| 35. | 7-25 | 1123A | AURORA CO | 720 277-9615 | DZ | 1:00 | .00 |
| 36. | 7-25 | 919A | DENVER CO | 720 934-8863 | DZ | 2:00 | .00 |
| 37. | 7-27 | 855A | SILIS WEST CA | 408 313-5814 | DZ | 3:00 | .00 |
| 38. | 7-27 | 1016A | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 39. | 7-27 | 1132A | CAPITIANVLYCA | 940 226-5740 | DZ | 3:00 | .00 |
| 40. | 7-27 | 1136A | BEREA OH | 440 826-3300 | DZ | 9:00 | .00 |
| 41. | 7-27 | 1211P | DENVERSMSTCO | 303 991-2794 | DZ | 2:00 | .00 |
| 42. | 7-27 | 1214P | DENVERSMSTCO | 303 991-2794 | DZ | 2:00 | .00 |
| 43. | 7-27 | 1214P | DENVERSMSTCO | 303 991-2794 | DZ | 2:00 | .00 |
| 44. | 7-27 | 1216P | DENVERSMSTCO | 303 991-2791 | DZ | 3:00 | .00 |
| 45. | 7-27 | 118P | SILIS WEST CA | 408 244-5800 | DZ | 6:00 | .00 |
| 46. | 7-27 | 430P | CAPITIANVLYCA | 940 226-5740 | DZ | 1:00 | .00 |
| 47. | 7-29 | 922A | DENVER CO | 720 934-8863 | DZ | 2:00 | .00 |
| 48. | 7-30 | 1054A | DENVER CO | 720 320-2490 | DZ | 1:00 | .00 |
| 49. | 7-30 | 957A | CAPITIANVLYCA | 940 226-5629 | DZ | 2:00 | .00 |
| 50. | 7-30 | 1000A | CAPITIANVLYCA | 940 226-5629 | DZ | 2:00 | .00 |
| 51. | 7-30 | 1029A | DENVER CO | 720 934-8863 | DZ | 2:00 | .00 |
| 52. | 7-30 | 1133A | ENGLEWOOD CO | 303 708-8800 | DZ | 2:00 | .00 |
| 53. | 7-30 | 1135A | ENGLEWOOD CO | 303 708-8800 | DZ | 1:00 | .00 |
| 54. | 7-30 | 1136A | ENGLEWOOD CO | 303 708-8800 | DZ | 2:00 | .00 |
| 55. | 7-30 | 1317 | AURORA CO | 720 277-9615 | DZ | 2:00 | .00 |

© 2006 AT&T Knowledge Ventures.  All rights reserved.

Thank you for being a valued AT&T customer. When you send us a check payment, you give us a one time
authorization to use your check electronically. Electronic payments may clear the same day we receive the
payment. Your original check will not be returned. If we cannot post the transaction electronically, we will
present an image copy of your check for payment. If you do not wish to participate in AT&T's check conversion
program please call 1 800-245-3000 if you want to save time and stamps, sign-up for auto payment at
www.att.com/stopppapersusing your checking account or credit card. It's easy, secure, and convenient!





DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304

Page 3 of 4
Account Number 650 558-9366 972 7
Billing Date Sep 13, 2007

## AT&T Long Distance

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 7-31 | 357P | SNJS WEST CA | 408 497-9382 | DZ | 1:00 | .00 |
| 2. | 7-31 | 406P | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 3. | 7-31 | 411P | SNJS NORTHCA | 408 875-7812 | DZ | 1:00 | .00 |
| 4. | 7-31 | 412P | SNJS NORTHCA | 408 875-7812 | DZ | 1:00 | .00 |
| 5. | 7-31 | 413P | SNJS SOUTHCA | 408 644-2699 | DZ | 2:00 | .00 |
| 6. | 7-31 | 415P | SNJS NORTHCA | 408 875-6947 | DZ | 2:00 | .00 |
| 7. | 7-31 | 416P | SNJS NORTHCA | 408 875-6947 | DZ | 8:00 | .00 |
| 8. | 8-03 | 944A | SNJS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 9. | 8-03 | 110P | SNJS SOUTHCA | 408 362-4704 | DZ | 8:00 | .00 |
| 10. | 8-03 | 732P | SALINAS CA | 831 444-8951 | DZ | 3:00 | .00 |
| 11. | 8-05 | 519P | SNJS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 12. | 8-06 | 1149A | SNJS NORTHCA | 408 875-7812 | DZ | 2:00 | .00 |
| 13. | 8-06 | 1152A | SNJS SOUTHCA | 408 972-7321 | DZ | 1:00 | .00 |
| 14. | 8-06 | 1131P | SNJS WEST CA | 408 313-3863 | DZ | 5:00 | .00 |
| 15. | 8-08 | 1127A | SNJS NORTHCA | 408 786-8404 | DZ | 18:00 | .00 |
| 16. | 8-09 | 209P | SNJS NORTHCA | 408 875-3000 | DZ | 1:00 | .00 |
| 17. | 8-09 | 211P | SNJS NORTHCA | 408 875-7812 | DZ | 1:00 | .00 |
| 18. | 8-09 | 219P | SNJS NORTHCA | 408 875-3000 | DZ | 8:00 | .00 |
| 19. | 8-12 | 740A | SNJS NORTHCA | 408 875-7812 | DZ | 2:00 | .00 |
| 20. | 8-12 | 804A | SNJS WEST CA | 408 823-2405 | DZ | 1:00 | .00 |
| 21. | 8-13 | 908A | SNJS NORTHCA | 408 786-8404 | DZ | 20:00 | .00 |
| 22. | 8-14 | 805A | AMBLER PA | 215 986-4011 | DZ | 6:00 | .00 |
| 23. | 8-14 | 230P | SNJS WEST CA | 408 497-9382 | DZ | 1:00 | .00 |
| 24. | 8-14 | 407P | SNJS SOUTHCA | 408 287-8800 | DZ | 1:00 | .00 |
| 25. | 8-14 | 538P | SNJS WEST CA | 408 313-5814 | DZ | 5:00 | .00 |
| 26. | 8-16 | 1034A | FREDECKSBGVA | 540 226-8500 | DZ | 1:00 | .00 |
| 27. | 8-16 | 1034A | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 28. | 8-16 | 351P | SNJS WEST CA | 408 313-5814 | DZ | 5:00 | .18 BP |
| 29. | 8-17 | 331P | COLORDOSPGCO | 719 538-1706 | DZ | 1:00 | .00 |
| 30. | 8-20 | 951A | AMBLER PA | 215 986-4011 | DZ | 10:00 | 1.71 |
| 31. | 8-20 | 953A | AMBLER PA | 215 986-4011 | DZ | 2:00 | .18 |
| 32. | 8-20 | 1024A | BISMARCK ND | 701 221-7000 | DZ | 17:00 | 1.53 |
| 33. | 8-20 | 1031A | BISMARCK ND | 701 221-7000 | DZ | 1:00 | .09 |
| 34. | 8-20 | 1033A | BISMARCK ND | 701 221-7000 | DZ | 6:00 | .54 |
| 35. | 8-20 | 1040A | AURORA CO | 303 676-5030 | DZ | 7:00 | .63 |
| 36. | 8-20 | 1048A | AURORA CO | 303 870-5000 | DZ | 3:00 | .27 |
| 37. | 8-20 | 1049A | AURORA CO | 303 870-7050 | DZ | 5:00 | .46 |
| 38. | 8-20 | 1107A | PARKERSBG WV | 304 480-7711 | DZ | 5:00 | .45 |
| 39. | 8-20 | 219P | ALEXANDRIAVA | 703 370-7867 | DZ | 3:00 | .27 |
| 40. | 8-20 | 300P | CLARKSVL TN | 931 645-8033 | DZ | 2:00 | .18 |
| 41. | 8-20 | 346P | COLORDOSPGCO | 719 637-1307 | DZ | 1:00 | .09 |
| 42. | 8-20 | 728P | SALINAS CA | 831 444-8951 | DZ | 1:00 | .09 |

BP = Call continued beyond plan minutes

Subtotal Domestic Calls for 650-558-9366    7.56

Total Domestic Calls for 650-558-9366
7.56

**International**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 43. | 7-23 | 1158A | COZUMEL MX | 529878729500 | RZ | 2:00 | 7.08 |

Subtotal International Calls for 650-558-9366
7.08

**International - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|

Total International Calls for 650-558-9366
7.08

Total Calls for 650-558-9366
14.64

Total Call Charges
14.64

**Surcharges and Other Fees**

Description
| 44. | Carrier Cost Recovery Fee | .99 |
| 45. | Fed Universal Service Fund | 2.58 |
| 46. | CA State Regulatory Fee | .01 |

Total Surcharges and Other Fees    3.58

**Government Fees and Taxes**

Description
| 47. | CA High Cost Fund A | .01 |
| 48. | CA High Cost Fund B | .05 |
| 49. | CA Relay Service & Comm. Devices Fund | .01 |
| 50. | CA State Emergency Telephone Users (911) Tax | .02 |
| 51. | CA Teleconnect Fund (0.13%) | .00 |
| 52. | CA Universal Lifeline Tel. Service Fund | .05 |

Total Government Fees and Taxes    .14

**Key to Calling Codes**

D Day       R Standard       Z Other

**Rate Change Effective November 12, 2007:**
Effective November 12, 2007, for customers who do not have an optional long distance calling plan, the default basic Message Telecommunications Service (MTS) domestic direct-dialed in-state per minute rate will increase from $.18 to $.25 for off-peak and $.35 for peak calls. The state to state domestic direct-dialed per minute rate will remain $.25 for off-peak and $.35 for peak calls. For more information, to cancel service or to discuss other long distance calling plans, please refer to the phone number on the front of your bill. Thank you for choosing AT&T Long Distance.

Total AT&T Long Distance
30.03

## News You Can Use

**PREVENT DISCONNECT**
All charges must be paid each month to keep your account current. However, "basic service" and its applicable taxes and surcharges MUST be paid to avoid disconnection. Currently, for this account that amount is $10.69. Failure to pay non-basic charges may result in other collection activities, including restriction of toll calls.



Page 3 of 5
DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304
Account Number 650 558-9366 972 7
Billing Date Oct 13, 2007

## AT&T Long Distance

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 8-20 | 205P | SAN RAFAEL CA | 415 456-0270 | DZ | 4:00 | .36 |
| 2. | 8-21 | 1114A | UNION CITY CA | 510 471-1525 | DZ | 1:00 | .00 |
| 3. | 8-21 | 1120A | UNION CITY CA | 510 471-1525 | DZ | 1:00 | .00 |
| 4. | 8-21 | 123P | FRNK MAIN CA | 510 299-2186 | DZ | 1:00 | .00 |
| 5. | 8-21 | 224P | TRACY CA | 209 836-0985 | DZ | 1:00 | .00 |
| 6. | 8-21 | 559P | IDAHO SPG CO | 303 519-1431 | DZ | 1:00 | .00 |
| 7. | 8-22 | 1130A | MENDOCINO CA | 707 937-0808 | DZ | 1:00 | .00 |
| 8. | 8-23 | 732A | SALINAS CA | 831 444-8951 | DZ | 4:00 | .00 |
| 9. | 8-23 | 1014A | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 10. | 8-23 | 1107A | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 11. | 8-23 | 1208P | BISMARCK ND | 701 221-7158 | DZ | 2:00 | .00 |
| 12. | 8-23 | 1210P | AMBLER PA | 215 986-5825 | DZ | 1:00 | .00 |
| 13. | 8-23 | 1239P | BISMARCK ND | 701 221-7158 | DZ | 1:00 | .00 |
| 14. | 8-23 | 109P | BISMARCK ND | 701 221-7158 | DZ | 1:00 | .00 |
| 15. | 8-23 | 110P | AMBLER PA | 215 986-5825 | DZ | 1:00 | .00 |
| 16. | 8-23 | 116P | PARKERSBG W | 304 480-7711 | DZ | 4:00 | .00 |
| 17. | 8-23 | 247P | MENDOCINO CA | 707 937-0808 | DZ | 2:00 | .00 |
| 18. | 8-23 | 344P | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 19. | 8-24 | 745A | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 20. | 8-24 | 1210P | CARSON CITY NV | 775 882-2513 | DZ | 1:00 | .00 |
| 21. | 8-24 | 714P | CONCORD CA | 925 691-8805 | DZ | 2:00 | .00 |
| 22. | 8-24 | 717P | WALNUT CRK CA | 925 933-1725 | DZ | 5:00 | .00 |
| 23. | 8-24 | 722P | SAN RAMON CA | 925 216-6123 | DZ | 1:00 | .00 |
| 24. | 8-24 | 814P | WALNUT CRK CA | 925 705-2145 | DZ | 2:00 | .00 |
| 25. | 8-25 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .00 |
| 26. | 8-25 | 1131A | UNION CITY CA | 510 475-5358 | DZ | 5:00 | .00 |
| 27. | 8-25 | 428P | CONCORD CA | 925 691-8805 | DZ | 1:00 | .00 |
| 28. | 8-25 | 429P | WALNUT CRK CA | 925 705-2145 | DZ | 1:00 | .00 |
| 29. | 8-25 | 431P | TRACY CA | 209 835-8906 | DZ | 8:00 | .00 |
| 30. | 8-25 | 438P | VOLCANO CA | 209 296-8584 | DZ | 1:00 | .00 |
| 31. | 8-26 | 933A | SALINAS CA | 831 444-8951 | DZ | 2:00 | .00 |
| 32. | 8-26 | 638P | ALAMEDA CA | 510 865-3653 | DZ | 3:00 | .00 |
| 33. | 8-26 | 1046A | FRNK MAIN CA | 510 676-4937 | DZ | 14:00 | .00 |
| 34. | 8-26 | 1106A | GRANDPRAIR TX | 214 616-5731 | DZ | 2:00 | .00 |
| 35. | 8-26 | 1108A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 36. | 8-26 | 1117A | LOS GATOS CA | 408 395-7470 | DZ | 1:00 | .00 |
| 37. | 8-26 | 1256P | SNJS WEST CA | 408 280-7777 | DZ | 11:00 | .00 |
| 38. | 8-26 | 108P | SNJS WEST CA | 408 280-7777 | DZ | 6:00 | .00 |
| 39. | 8-26 | 248P | SNJS WEST CA | 408 806-8655 | DZ | 11:00 | .00 |
| 40. | 8-26 | 407P | SNJS WEST CA | 408 277-1231 | DZ | 1:00 | .00 |
| 41. | 8-26 | 633P | UNION CITY CA | 510 475-5358 | DZ | 3:00 | .00 |
| 42. | 8-29 | 958A | SUNNYVALE CA | 408 733-9573 | DZ | 1:00 | .00 |
| 43. | 8-29 | 1040A | FRNK MAIN CA | 510 299-2186 | DZ | 7:00 | .00 |
| 44. | 8-29 | 1047A | FRNK MAIN CA | 510 366-6856 | DZ | 1:00 | .00 |
| 45. | 8-29 | 1048A | FRNK MAIN CA | 510 676-4937 | DZ | 1:00 | .00 |
| 46. | 8-29 | 1050A | SNJS SOUTH CA | 408 644-5505 | DZ | 1:00 | .00 |
| 47. | 8-29 | 1050A | SNJS NORTH CA | 408 263-3810 | DZ | 1:00 | .00 |
| 48. | 8-29 | 1052A | GRANDPRAIR TX | 214 616-5731 | DZ | 1:00 | .00 |
| 49. | 8-29 | 1058A | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 50. | 8-29 | 1101A | SNJS SOUTH CA | 408 833-5406 | DZ | 1:00 | .00 |
| 51. | 8-29 | 1105A | SNJS WEST CA | 408 409-8213 | DZ | 1:00 | .00 |
| 52. | 8-29 | 1224P | SNJS WEST CA | 408 409-8213 | DZ | 1:00 | .00 |

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 53. | 8-29 | 1228P | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .09 |
| 54. | 8-29 | 122P | SNJS WEST CA | 408 288-8868 | DZ | 1:00 | .00 |
| 55. | 8-30 | 1056A | SNJS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 56. | 8-30 | 1136A | DUBLIN-SNFRCA | 925 829-3000 | DZ | 2:00 | .00 |
| 57. | 8-30 | 1219P | SNJS WEST CA | 408 828-1077 | DZ | 1:00 | .00 |
| 58. | 8-30 | 1231P | DUBLIN-SNFRCA | 925 829-3000 | DZ | 1:00 | .00 |
| 59. | 8-30 | 1234P | DUBLIN-SNFRCA | 925 829-3000 | DZ | 1:00 | .00 |
| 60. | 8-30 | 1254P | DUBLIN-SNFRCA | 925 829-3000 | DZ | 5:00 | .00 |
| 61. | 9-01 | 1026A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 62. | 9-01 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 5:00 | .00 |
| 63. | 9-01 | 1053A | FRNK OLIVRCA | 510 226-8500 | DZ | 7:00 | .00 |
| 64. | 9-02 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 6:00 | .00 |
| 65. | 9-03 | 307P | SNJS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 66. | 9-04 | 1008A | LITTLETON CO | 303 221-4692 | DZ | 1:00 | .00 |
| 67. | 9-05 | 340P | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .00 |
| 68. | 9-05 | 347P | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 69. | 9-05 | 347P | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 70. | 9-05 | 406P | SNJS SOUTH CA | 408 833-5406 | DZ | 10:00 | .00 |
| 71. | 9-05 | 600P | ELSGR-PINLCA | 510 222-3348 | DZ | 3:00 | .00 |
| 72. | 9-05 | 603P | ELK GROVE CA | 916 685-4945 | DZ | 1:00 | .00 |
| 73. | 9-05 | 604P | ELK GROVE CA | 916 685-4945 | DZ | 1:00 | .00 |
| 74. | 9-05 | 608P | SALINAS CA | 831 444-8951 | DZ | 14:00 | .00 |
| 75. | 9-06 | 1106A | MT VIEW CA | 650 968-8052 | DZ | 1:00 | .09 BP |
| 76. | 9-06 | 1159A | SNJS WEST CA | 408 277-1792 | DZ | 16:00 | 1.62 |
| 77. | 9-06 | 312P | BERKELEY CA | 510 229-8644 | DZ | 2:00 | .18 |
| 78. | 9-06 | 620P | ELK GROVE CA | 916 685-4945 | DZ | 1:00 | .09 |
| 79. | 9-07 | 1254P | BISMARCK ND | 701 221-7158 | DZ | 1:00 | .09 |
| 80. | 9-07 | 1255P | AMBLER PA | 215 691-8805 | DZ | 2:00 | .18 |
| 81. | 9-07 | 1257P | BISMARCK ND | 701 221-7000 | DZ | 2:00 | .18 |
| 82. | 9-08 | 1029A | FRNK OLIVRCA | 510 226-8500 | DZ | 5:00 | .45 |
| 83. | 9-09 | 1231P | SNJS WEST CA | 408 313-5814 | DZ | 1:00 | .09 |
| 84. | 9-09 | 1029A | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .36 |
| 85. | 9-09 | 1034A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .09 |
| 86. | 9-09 | 1039A | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .36 |
| 87. | 9-09 | 1058A | FRNK OLIVRCA | 510 226-8500 | DZ | 6:00 | .54 |
| 88. | 9-09 | 1128A | SALINAS CA | 831 444-8951 | DZ | 1:00 | .09 |
| 89. | 9-10 | 945A | AMBLER PA | 215 986-2302 | DZ | 3:00 | .27 |
| 90. | 9-10 | 1135A | TRACY CA | 209 836-0985 | DZ | 1:00 | .09 |
| 91. | 9-10 | 1205P | TRACY CA | 209 836-0985 | DZ | 1:00 | .09 |
| 92. | 9-10 | 1247P | TRACY CA | 209 836-0985 | DZ | 3:00 | .27 |
| 93. | 9-10 | 123P | SNJS WEST CA | 408 244-5660 | DZ | 2:00 | .18 |
| 94. | 9-10 | 128P | DUBLIN-SNFRCA | 925 560-0200 | DZ | 13:00 | 1.17 |
| 95. | 9-10 | 145P | SNJS WEST CA | 408 275-5168 | DZ | 8:00 | .72 |
| 96. | 9-10 | 332P | FRNK MAIN CA | 510 676-4937 | DZ | 1:00 | .09 |
| 97. | 9-11 | 950A | SNJS NORTH CA | 408 875-7812 | DZ | 2:00 | .18 |
| 98. | 9-11 | 1020A | BERKELEY CA | 510 229-8644 | DZ | 1:00 | .09 |
| 99. | 9-11 | 1036A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .09 |
| 100. | 9-11 | 1039A | AMBLER PA | 215 986-4658 | DZ | 16:00 | 1.44 |
| 101. | 9-11 | 1056A | BISMARCK ND | 701 221-7158 | DZ | 25:00 | 2.25 |
| 102. | 9-11 | 1121A | AMBLER PA | 215 986-5825 | DZ | 11:00 | .99 |
| 103. | 9-11 | 136P | TRACY CA | 209 836-0985 | DZ | 1:00 | .09 |
| 104. | 9-11 | 212P | SNJS WEST CA | 408 313-5814 | DZ | 1:00 | .09 |
| 105. | 9-11 | 244P | CARSON CITY NV | 775 882-2513 | DZ | 1:00 | .09 |
| 106. | 9-11 | 245P | RENO NV | 775 742-4165 | DZ | 3:00 | .27 |
| 107. | 9-11 | 257P | RENO NV | 775 742-4165 | DZ | 1:00 | .09 |



DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304

Page  4 of 5
**Account Number** 650 558-9366 972 7
**Billing Date**  Oct 13, 2007

## AT&T Long Distance

### Domestic - Continued

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 9-11 | 351P | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .36 |
| 2. | 9-11 | 400P | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .09 |
| 3. | 9-12 | 837A | SKLS WEST CA | 408 986-5296 | DZ | 5:00 | .45 |
| 4. | 9-12 | 842A | SKLS WEST CA | 408 287-2557 | DZ | 1:00 | .09 |
| 5. | 9-12 | 1121A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .27 |
| 6. | 9-12 | 1125A | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .18 |
| 7. | 9-12 | 1126A | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .36 |
| 8. | 9-12 | 1134A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .09 |
| 9. | 9-12 | 1135A | FRNK OLIVRCA | 510 226-8500 | DZ | 14:00 | 1.26 |
| 10. | 9-12 | 1150A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .09 |
| 11. | 9-12 | 1241P | SKLS NORTHCA | 408 945-9733 | DZ | 2:00 | .09 |
| 12. | 9-12 | 1244P | TRACY   CA | 209 836-0965 | DZ | 5:00 | .18 |
| 13. | 9-12 | 1252P | SKLS WEST CA | 408 287-2557 | DZ | 2:00 | .45 |
| 14. | 9-12 | 111P | SKLS WEST CA | 408 287-2557 | DZ | 1:00 | .18 |
| 15. | 9-12 | 134P | SKLS NORTHCA | 408 945-9733 | DZ | 5:00 | .45 |
| 16. | 9-12 | 211P | SKLS NORTHCA | 408 945-9733 | DZ | 1:00 | .09 |
| 17. | 9-12 | 212P | SKLS NORTHCA | 408 945-9733 | DZ | 1:00 | .09 |
| 18. | 9-13 | 1007A | SKLS NORTHCA | 408 945-9733 | DZ | 1:00 | .09 |
| 19. | 9-13 | 1020A | DANVILLE CA | 925 984-8820 | DZ | 13:00 | 1.17 |
| 20. | 9-13 | 1029A | SACRAMENTACA | 916 802-6862 | DZ | 1:00 | .09 |
| 21. | 9-13 | 1050A | SKLS NORTHCA | 408 421-6126 | DZ | 1:00 | .09 |
| 22. | 9-14 | 206P | SKLS NORTHCA | 408 786-8404 | DZ | 1:00 | .09 |
| 23. | 9-16 | 1029A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .27 |
| 24. | 9-16 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .27 |
| 25. | 9-17 | 1214P | TRACY   CA | 209 836-0965 | DZ | 1:00 | .09 |
| 26. | 9-17 | 1214P | TRACY   CA | 209 836-0965 | DZ | 1:00 | .09 |
| 27. | 9-17 | 155P | TRACY   CA | 209 836-0965 | DZ | 1:00 | .09 |
| 28. | 9-17 | 556P | SKLS NORTHCA | 408 786-8404 | DZ | 1:00 | .09 |
| 29. | 9-17 | 557P | MT VIEW CA | 650 988-8500 | DZ | 2:00 | .18 |
| 30. | 9-17 | 558P | SKLS NORTHCA | 408 786-8404 | DZ | 1:00 | .09 |
| 31. | 9-18 | 1035A | TRACY   CA | 209 836-0965 | DZ | 8:00 | .72 |
| 32. | 9-18 | 1111A | AMBLER  PA | 215 986-6134 | DZ | 3:00 | .27 |
| 33. | 9-18 | 1143A | AMBLER  PA | 215 986-6134 | DZ | 1:00 | .09 |
| 34. | 9-18 | 345P | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .18 |
| 35. | 9-20 | 1148A | SALINAS CA | 831 424-1913 | DZ | 1:00 | .09 |

BP = Call continued beyond plan minutes

Subtotal Domestic Calls for 650-558-9366            30.78

Total Domestic Calls for 650-558-9366            30.78

### International

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 36. | 8-21 | 533P | AUSTRALIA | 617552079090 | IZ | 15:00 | 1.35 |

Subtotal International Calls for 650-558-9366            1.35

Total International Calls for 650-558-9366            1.35

Total Calls for 650-558-9366            32.13

Total Call Charges            32.13

### International - Continued

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|

Surcharges and Other Fees

**Description**

| | |
|---|---|
| 37.  Carrier Cost Recovery Fee | .99 |
| 38.  Fed Universal Service Fund | 1.82 |
| 39.  CA State Regulatory Fee | .05 |
| Total Surcharges and Other Fees | 2.86 |

Government Fees and Taxes

**Description**

| | |
|---|---|
| 40.  CA High Cost Fund A | .07 |
| 41.  CA High Cost Fund B | .36 |
| 42.  CA Relay Service & Comm. Devices Fund | .10 |
| 43.  CA State Emergency Telephone Users (911) Tax | .15 |
| 44.  CA Teleconnect Fund (0.13%) | .03 |
| 45.  CA Universal Lifeline Tel. Service Fund | .32 |
| Total Government Fees and Taxes | 1.03 |

**Key to Calling Codes**

D  Day            T  Discount            Z  Other

Total AT&T Long Distance            47.02

## News You Can Use

**PREVENT DISCONNECT**
All charges must be paid each month to keep your account current. However, "basic service" and its applicable taxes and surcharges MUST be paid to avoid disconnection. Currently, for this account that amount is $21.38. Failure to pay non-basic charges may result in other collection activities, including restriction of toll calls.

**CARRIER INFORMATION**
Our records indicate that you have selected AT&T Long Distance or a company that resells their services as your primary local toll carrier and AT&T Long Distance or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records.

**FEDERAL CHARGE**
Effective 10/1/07, the Federal Subscriber Line Charge for all Residential and Business customers increased. Your current bill reflects this change. Lifeline customers will continue to receive credit for the Federal Subscriber Line Charge. For more information, please contact an AT&T Service Representative at the phone number listed on the front of your bill. Thank you for choosing AT&T California.



DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304

**Page 2 of 4**

Account Number   650 558-9366 972  7
Billing Date   Nov 13, 2007

## Plans and Services

### Government Fees and Taxes

1. CA High Cost Fund Surcharge - A:                                      .03
2. CA High Cost Fund Surcharge - B:                                      .23
3. California Teleconnect Fund Surcharge                                 .02
4. Universal Lifeline Telephone Service Surcharge                        .10
5. CA Relay Service and Communications Devices Fund                      .08
6. 9-1-1 Emergency System                                               .00
7. Federal                                                               .00

**Total Government Fees and Taxes**                                     1.31

**Total Plans and Services**                                          23.70

## AT&T Long Distance

**Important Information**

Message Regarding Terms & Conditions:
To view our Terms & Conditions for AT&T Long
Distance, access www.att.com/public_affairs
or call 1 800 222-0530 to have a copy mailed.

**Account Summary**
**Description**
Charges for October                                                      *
Total Account Summary Charges                                          21.45
                                                                       21.45
**Invoice Summary**
(as of OCTOBER  22, 2007)

Current Charges                                              *
Service Charges                                            13.00
Credits and Adjustments                                     .00
Call Charges                                               6.03
Surcharges and Other Fees                                  2.04
Government Fees and Taxes                                    .38
Total Invoice Summary                                      21.45

**Service Charges**

Monthly Service Charges

| Type of Service | Period | Qty | |
|---|---|---|---|
| 8.  JustCall 200 Preferd | OCT 21 to NOV 20 | 1 | 8.00 |
| 9.  Mexico ValueCall 100 | OCT 21 to NOV 20 | 1 | 5.00 |
| Total Monthly Service Charges | | | 13.00 |

Total Service Charges                                      13.00

Call Charges - Sep 21st thru Oct 29th
Calls for 650-558-9366

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 10. | 9-19 | 1018A | SILIS NORTHCA | 408 263-3810 | DZ | 1:00 | .00 |
| 11. | 9-19 | 1053A | SILIS NORTHCA | 408 945-9733 | DZ | 1:00 | .00 |
| 12. | 9-19 | 1054A | SILIS NORTHCA | 408 945-9763 | DZ | 1:00 | .00 |
| 13. | 9-19 | 1254P | SILIS WEST CA | 408 408-8213 | DZ | 1:00 | .00 |
| 14. | 9-20 | 1140A | SILIS WEST CA | 408 408-8213 | DZ | 23:00 | 2.67 |
| 15. | 9-21 | 601A | SILIS WEST CA | 510 581-4461 | | | .00 |
| 16. | 9-21 | 1227P | AMBLER  PA | 215 966-4650 | DZ | 2:00 | .00 |
| 17. | 9-21 | 1227P | AMBLER  PA | 215 966-4650 | DZ | 1:00 | .00 |
| 18. | 9-21 | 1229P | AMBLER  PA | 215 966-2302 | DZ | 1:00 | .00 |
| 19. | 9-21 | 1251P | AMBLER  PA | 215 966-8574 | DZ | 4:00 | .00 |
| 20. | 9-21 | 1256P | AMBLER  PA | 215 966-2302 | DZ | 1:00 | .00 |
| 21. | 9-21 | 1256P | AMBLER  PA | 215 966-2302 | DZ | 2:00 | .00 |
| 22. | 9-22 | 1227P | AMBLER  PA | 215 966-2302 | DZ | 1:00 | .00 |
| 23. | 9-22 | 1030A | FRNK OLIVACA | 510 226-8500 | DZ | 4:00 | .00 |
| 24. | 9-22 | 1031A | FRNK OLIVACA | 510 226-8500 | DZ | 4:00 | .00 |
| 25. | 9-23 | 1026A | FRNK OLIVACA | 510 226-8500 | DZ | 2:00 | .00 |
| 26. | 9-23 | 1031A | FRNK OLIVACA | 510 226-8500 | DZ | 1:00 | .00 |
| 27. | 9-23 | 1031A | FRNK OLIVACA | 510 226-8500 | DZ | 5:00 | .00 |
| 28. | 9-23 | 1036A | FRNK OLIVACA | 510 226-8500 | DZ | 3:00 | .00 |
| 29. | 9-23 | 110P | FRNK OLIVACA | 510 226-8500 | DZ | 3:00 | .00 |
| 30. | 9-24 | 1250P | SILIS NORTHCA | 408 263-0810 | DZ | 1:00 | .00 |
| 31. | 9-24 | 250P | SILIS SOUTHCA | 408 644-5668 | DZ | 1:00 | .00 |
| 32. | 9-25 | 210P | NORWALK  CA | 562 653-2800 | DZ | 3:00 | .00 |
| 33. | 9-25 | 218P | NORWALK  CA | 916 853-8814 | DZ | 1:00 | .00 |
| 34. | 9-25 | 235P | SACRAMENTOCA | 916 857-5448 | DZ | 11:00 | .00 |
| 35. | 9-25 | 336P | FRNK OLIVACA | 510 226-8500 | DZ | 1:00 | .00 |
| 36. | 9-25 | 337P | FRNK OLIVACA | 510 226-8500 | DZ | 3:00 | .00 |
| 37. | 9-25 | 341P | SILIS WEST CA | 408 408-8213 | DZ | 1:00 | .00 |
| 38. | 9-26 | 1215P | AMBLER  PA | 215 966-8134 | DZ | 1:00 | .00 |
| 39. | 9-26 | 1231P | PARKERSBG WV | 304 480-7711 | DZ | 8:00 | .00 |
| 40. | 9-27 | 1103A | SILIS WEST CA | 651 704-5277 | DZ | 2:00 | .00 |
| 41. | 9-27 | 104P | SILIS SOUTHCA | 408 972-8855 | DZ | 7:00 | .00 |
| 42. | 9-27 | 128P | SILIS SOUTHCA | 408 972-8677 | DZ | 2:00 | .00 |
| 43. | 9-27 | 132P | SILIS SOUTHCA | 408 972-8855 | DZ | 2:00 | .00 |
| 44. | 9-27 | 344P | SILIS SOUTHCA | 408 972-8677 | DZ | 2:00 | .00 |
| 45. | 9-28 | 130P | ST PAUL  MN | 651 235-4801 | DZ | 1:00 | .00 |
| 46. | 9-28 | 131P | ST PAUL  MN | 651 235-4801 | DZ | 1:00 | .00 |
| 47. | 9-28 | 151P | ALAMEDA  CA | 510 748-7373 | DZ | 5:00 | .00 |
| 48. | 9-28 | 252P | ST PAUL  MN | 651 235-4801 | DZ | 1:00 | .00 |
| 49. | 9-29 | 1020A | FRNK OLIVACA | 510 226-8500 | DZ | 8:00 | .00 |
| 50. | 9-30 | 1026A | FRNK OLIVACA | 510 226-8500 | DZ | 2:00 | .00 |
| 51. | 10-01 | 130P | AMBLER  PA | 215 966-8134 | DZ | 1:00 | .00 |
| 52. | 10-01 | 154P | NORWALK  CA | 562 653-2800 | DZ | 1:00 | .00 |
| 53. | 10-01 | 417P | TRACY  CA | 209 835-8905 | DZ | 2:00 | .00 |
| 54. | 10-01 | 216P | FRNK MATEO CA | 510 306-5377 | DZ | 1:00 | .00 |
| 55. | 10-02 | 329P | OMAHA  NE | 402 537-5756 | DZ | 1:00 | .00 |
| 56. | 10-02 | 346P | DENVER  CO | 303 295-2348 | DZ | 1:00 | .00 |
| 57. | 10-03 | 130P | FRNK OLIVACA | 510 226-8500 | DZ | 2:00 | .00 |
| 58. | 10-03 | 614P | FRNK OLIVACA | 510 226-8500 | DZ | 1:00 | .00 |
| 59. | 10-04 | 1058A | ALAMEDA  CA | 510 748-7373 | DZ | 2:00 | .00 |
| 60. | 10-04 | 1058A | ALAMEDA  CA | 510 748-7373 | DZ | 1:00 | .00 |

© 2006 AT&T Knowledge Ventures.  All rights reserved.

Thank you for being a valued AT&T customer! When you send us a check as payment, you give us a one time
authorization to clear your check electronically. Electronic payments may clear the same day we receive the
payment. Your original check will not be returned. If we cannot post the transaction electronically, we will
maintain an image copy of your check for payment. If you do not wish to participate in AT&T's check conversion
program please call 1 800-245-3300 if you prefer not to have this one time and same, sign-up for auto payment at
www.att.com/stoppaperbill using your checking account or credit card. It's easy, secure, and convenient!







**AT&T**

DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304

Page 3 of 4
Account Number 650 558-9366 972 7
Billing Date Nov 13, 2007

## AT&T Long Distance

### Domestic - Continued

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|------|------|------|------|------|------|------|------|
| 1. | 10-04 | 950P | SNJS WEST CA | 408 919-5814 | DZ | 1:00 | .00 |
| 2. | 10-05 | 1110A | TRACY CA | 209 836-0965 | DZ | 2:00 | .00 |
| 3. | 10-05 | 1116A | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 4. | 10-05 | 1119A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 5. | 10-06 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 5:00 | .00 |
| 6. | 10-07 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .00 |
| 7. | 10-07 | 1032A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 8. | 10-07 | 1033A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .00 |
| 9. | 10-09 | 1030A | FRNK MAIN CA | 510 676-4937 | DZ | 1:00 | .00 |
| 10. | 10-09 | 1043A | SNJS WEST CA | 408 499-8213 | DZ | 1:00 | .00 |
| 11. | 10-09 | 1047A | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 12. | 10-09 | 1049A | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 13. | 10-09 | 1141A | SACRAMENTOCA | 916 802-8862 | DZ | 7:00 | .00 |
| 14. | 10-10 | 1109A | SNJS NORTHCA | 408 729-3636 | DZ | 2:00 | .00 |
| 15. | 10-10 | 648P | LITTLETON CO | 303 694-4407 | DZ | 1:00 | .00 |
| 16. | 10-11 | 1133A | ALAMEDA CA | 510 748-7373 | DZ | 6:00 | .00 |
| 17. | 10-11 | 1226P | OKLD ALND CA | 510 205-5584 | DZ | 2:00 | .00 |
| 18. | 10-11 | 214P | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 19. | 10-12 | 1119A | ESCALON CA | 209 838-0965 | DZ | 1:00 | .00 |
| 20. | 10-12 | 1120A | TRACY CA | 209 836-0965 | DZ | 1:00 | .00 |
| 21. | 10-12 | 657P | SALINAS CA | 831 444-8951 | DZ | 2:00 | .00 |
| 22. | 10-13 | 858A | SALINAS CA | 831 444-8951 | DZ | 3:00 | .00 |
| 23. | 10-13 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 5:00 | .00 |
| 24. | 10-13 | 1034A | FRNK OLIVRCA | 510 226-8500 | DZ | 5:00 | .00 |
| 25. | 10-15 | 1157A | TRACY CA | 209 836-0965 | DZ | 3:00 | .27 |
| 26. | 10-15 | 1158A | TRACY CA | 209 836-0965 | DZ | 1:00 | .09 |
| 27. | 10-15 | 1210P | TRACY CA | 209 836-0965 | DZ | 17:00 | 1.53 |
| 28. | 10-15 | 1247P | SNJS NORTHCA | 408 729-3636 | DZ | 1:00 | .09 |
| 29. | 10-15 | 103P | SNJS NORTHCA | 408 729-3636 | DZ | 1:00 | .09 |
| 30. | 10-16 | 958A | SNJS WEST CA | 408 499-8213 | DZ | 1:00 | .09 |
| 31. | 10-16 | 1018A | FRNK MAIN CA | 510 676-4937 | DZ | 2:00 | .18 |
| 32. | 10-16 | 1021A | FRNK MAIN CA | 510 676-4937 | DZ | 1:00 | .09 |
| 33. | 10-16 | 1025A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .09 |
| 34. | 10-18 | 1103A | SNJS WEST CA | 408 499-8213 | DZ | 2:00 | .18 |
| 35. | 10-18 | 1100A | SANTA CRUZCA | 831 457-5802 | DZ | 5:00 | .45 |
| 36. | 10-18 | 1104A | SANTA CRUZCA | 831 425-8060 | DZ | 4:00 | .36 |

Subtotal Domestic Calls for 650-558-9366                            6.03

Total Domestic Calls for 650-558-9366                               6.03

Total Calls for 650-558-9366                                        6.03

Total Call Charges                                                  6.03

### Surcharges and Other Fees

**Description**
37. Carrier Cost Recovery Fee                                        .99
38. Fed Universal Service Fund                                      1.04
39. CA State Regulatory Fee                                          .01
Total Surcharges and Other Fees                                    2.04

### Surcharges and Other Fees - Continued
**Description**
### Government Fees and Taxes
**Description**
40. CA High Cost Fund A                                              .02
41. CA High Cost Fund B                                              .13
42. CA Relay Service & Comm. Devices Fund                           .05
43. CA State Emergency Telephone Users (911) Tax                    .05
44. CA Teleconnect Fund (0.13%)                                     .01
45. CA Universal Lifeline Tel. Service Fund                         .12
Total Government Fees and Taxes                                     .38

**Key to Calling Codes**
D Day                    Z Other

**Total AT&T Long Distance**                                      21.45

## News You Can Use

**PREVENT DISCONNECT**
All charges must be paid each month to keep your account current. However, "basic service" and its applicable taxes and surcharges MUST be paid to avoid disconnection. Currently, for this account that amount is $21.38. Failure to pay non-basic charges may result in other collection activities, including restriction of toll calls.

**CARRIER INFORMATION**
Our records indicate that you have selected AT&T Long Distance or a company that resells their services as your primary local toll carrier and AT&T Long Distance or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records.

**LATE PAYMENT RATE**
Effective 1/1/2008, the Residential Late Payment Charge is changing from a flat fee of $5.50 plus 1% on balances of $20 or more to a flat fee of $2.50 plus 2% on balances of $30.00 or more. Unpaid balances less than $30.00 will not incur a Late Payment Charge. These changes result in a decrease in Late Payment Charges assessed on balances of less than $300 and an increase on balances of more than $300. For more information, please contact an AT&T Service Representative at 1 800 288-2020. Thank you for choosing AT&T California.

**LOCAL TOLL INCREASE**
Effective 1/15/08, rates for residence Local Toll calls will increase from $0.10 to $0.12 per minute during the day rate period (Mon. - Fri. 8 a.m. - 5 p.m.) for mileage bands of 13 - 20 miles and from $0.12 to $0.14 per minute for mileage bands of 21-71+ miles. For evening and night/weekend periods the Local Toll rate will change from $0.07 to $0.09 for mileage bands of 13 - 20 miles and from $0.09 to $0.11 for mileage bands of 21 - 71+ miles. These changes do not apply to the rates charged by AT&T Long Distance for local toll and long distance services. For more information, or to learn more about our money-saving packages or alternative rate plans, please call 1 800 288-2020 or visit us online at att.com. Thank you for choosing AT&T California.

**RATE INCREASE**
Effective 1/15/2008, the charge for installing a residential phone line will increase from $35 to $40. For more information, please call 1 800 288-2020. Thank you for choosing AT&T California.

DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304

Account Number   650 558-9366 972 7
Billing Date     Dec 13, 2007

**AT&T**

## AT&T Long Distance

**Important Information - Continued**

or call 1 800 225-8530 to have a copy mailed.

**Account Summary**

**Description**

| | |
|---|---|
| Charges for November | 16.62 |
| Total Account Summary Charges | 16.62 |

**Invoice Summary**
**(as of NOVEMBER 22, 2007)**

**Current Charges**

| | |
|---|---|
| Service Charges | |
| Credits and Adjustments | 13.00 |
| Call Charges | .00 |
| Surcharges and Other Fees | 1.36 |
| Government Fees and Taxes | 2.00 |
| Total Invoice Summary | .20 |
| | 16.62 |

**Service Charges**

**Monthly Service Charges**

| | Type of Service | Period | Qty | |
|---|---|---|---|---|
| 1. | JustCall 200 Preferd | NOV 21 to DEC 20 | 1 | |
| 2. | Nexics ValueCall 100 | NOV 21 to DEC 20 | 1 | 8.00 |
| | Total Monthly Service Charges | | | 5.00 |
| | | | | 13.00 |

Total Service Charges    13.00

**Call Charges - Oct 21st thru Nov 29th**
Calls for 650-558-9366

**Domestic**
**Item**

| No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 3. | 10-18 | 910A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .27 |
| 4. | 10-18 | 511P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 5. | 10-19 | 1237P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 6. | 10-19 | 113P | SILIS WEST CA | 408 876-0990 | DZ | 1:00 | .00 |
| 7. | 10-19 | 136P | SANTA CRZCA | 831 425-9000 | DZ | 1:00 | .00 |
| 8. | 10-21 | 1029A | FRNK OLIVRCA | 510 226-8500 | DZ | 6:00 | .54 |
| 9. | 10-21 | 1033A | FRNK OLIVRCA | 510 226-8500 | DZ | 6:00 | .00 |
| 10. | 10-23 | 902A | SILIS WEST CA | 408 806-5555 | DZ | 18:00 | .00 |
| 11. | 10-23 | 651A | SILIS NORTHCA | 408 876-0990 | DZ | 1:00 | .00 |
| 12. | 10-23 | 440P | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 13. | 10-24 | 133P | SANTA CRZCA | 831 425-9000 | DZ | 1:00 | .00 |
| 14. | 10-25 | 152P | SANTA CRZCA | 831 425-9000 | DZ | 1:00 | .00 |
| 15. | 10-25 | 153P | SILIS WEST CA | 408 674-2902 | DZ | 1:00 | .00 |
| 16. | 10-27 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 17. | 10-27 | 1028A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 18. | 10-27 | 1029A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 19. | 10-27 | 1040A | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .00 |
| 20. | 10-29 | 1014A | SILIS WEST CA | 408 244-5000 | DZ | 4:00 | .00 |
| 21. | 10-29 | 1227P | TRACY CA | 209 836-0005 | DZ | 4:00 | .00 |

| No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 22. | 10-29 | 1231P | AMBLER PA | 215 986-8134 | DZ | 1:00 | .00 |
| 23. | 10-29 | 1231P | AMBLER PA | 215 986-8134 | DZ | 1:00 | .00 |
| 24. | 10-29 | 1232P | AMBLER PA | 215 986-8134 | DZ | 1:00 | .00 |
| 25. | 10-29 | 1232P | AMBLER PA | 215 986-8134 | DZ | 2:00 | .00 |
| 26. | 11-02 | 1044A | FRNK MATR CA | 510 366-2761 | DZ | 30:00 | .00 |
| 27. | 11-02 | 1129A | SILIS WEST CA | 408 806-7000 | DZ | 3:00 | .00 |
| 28. | 11-02 | 1133A | SILIS WEST CA | 408 806-7900 | DZ | 2:00 | .00 |
| 29. | 11-02 | 1134A | SILIS WEST CA | 408 806-7901 | DZ | 1:00 | .00 |
| 30. | 11-02 | 1159A | TRACY CA | 209 836-0005 | DZ | 1:00 | .00 |
| 31. | 11-02 | 1206P | TRACY CA | 209 836-0005 | DZ | 8:00 | .00 |
| 32. | 11-02 | 237P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 33. | 11-03 | 1026A | FRNK OLIVRCA | 510 226-8500 | DZ | 5:00 | .00 |
| 34. | 11-03 | 1053A | FRNK OLIVRCA | 510 226-8500 | DZ | 2:00 | .00 |
| 35. | 11-03 | 1047A | SALINAS CA | 831 444-8051 | DZ | 1:00 | .00 |
| 36. | 11-04 | 924A | SALINAS CA | 831 444-8051 | DZ | 9:00 | .00 |
| 37. | 11-05 | 1236P | SILIS WEST CA | 408 739-3436 | DZ | 2:00 | .00 |
| 38. | 11-05 | 231P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 39. | 11-06 | 354P | SILIS WEST CA | 408 806-5000 | DZ | 3:00 | .00 |
| 40. | 11-06 | 930A | FRNK OLIVRCA | 510 226-8500 | DZ | 3:00 | .00 |
| 41. | 11-06 | 1050A | SILIS WEST CA | 408 806-5000 | DZ | 2:00 | .00 |
| 42. | 11-07 | 821P | SALINAS CA | 831 444-8051 | DZ | 1:00 | .00 |
| 43. | 11-08 | 1040A | TRACY CA | 209 836-0005 | DZ | 1:00 | .00 |
| 44. | 11-08 | 1048A | AMBLER PA | 215 986-8134 | DZ | 10:00 | .00 |
| 45. | 11-08 | 1108A | FRNK OLIVRCA | 510 226-8500 | DZ | 1:00 | .00 |
| 46. | 11-08 | 1206P | SILIS WEST CA | 408 966-5000 | DZ | 2:00 | .00 |
| 47. | 11-11 | 1024A | FRNK OLIVRCA | 510 226-8500 | DZ | 4:00 | .00 |
| 48. | 11-11 | 1036A | SILIS WEST CA | 408 406-8213 | DZ | 7:00 | .00 |
| 49. | 11-11 | 1037A | FRNK MATR CA | 510 676-4037 | DZ | 1:00 | .00 |
| 50. | 11-13 | 120P | TRACY CA | 209 836-0005 | DZ | 1:00 | .00 |
| 51. | 11-13 | 129P | TRACY CA | 209 836-0005 | DZ | 3:00 | .00 |
| 52. | 11-13 | 147P | SAN RAFAELCA | 415 456-0270 | DZ | 3:00 | .00 |
| 53. | 11-13 | 154P | EL PASO TX | 915 740-4077 | DZ | 2:00 | .00 |
| 54. | 11-13 | 159P | BROOMFIELDCO | 303 222-3700 | DZ | 1700 | .00 |
| 55. | 11-13 | 200P | ALEXANDRIAVA | 703 370-7067 | DZ | 2:00 | .00 |
| 56. | 11-13 | 206P | FRNK OLIVRCA | 510 443-7940 | DZ | 2:00 | .00 |
| 57. | 11-19 | 1121A | AMBLER PA | 215 986-8134 | DZ | 5:00 | .00 |
| 58. | 11-19 | 1125A | TRACY CA | 209 836-0005 | DZ | 2:00 | .00 |
| 59. | 11-22 | 1112A | OVERLANDKS | 913 217-4716 | DZ | 2:00 | .00 |
| 60. | 11-29 | 945P | SALINAS CA | 831 444-8051 | DZ | 1:00 | .00 |

IP = Call continued beyond plan minutes

Subtotal Domestic Calls for 650-558-9366    1.28

Total Domestic Calls for 650-558-9366    1.28

**International**
**Item**

| No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 61. | 11-13 | 151P | CHORLEY | 450 800-2030 | TZ | 2:00 | .10 |

Subtotal International Calls for 650-558-9366    .10

Total International Calls for 650-558-9366    .10

© 2006 AT&T Knowledge Ventures. All rights reserved.

Thank you for being a valued AT&T customer! When you send us a check as payment, you give us a one time authorization to clear your check electronically. Electronic payments may clear the same day we receive the payment. Your original check will not be returned. If we cannot post the transaction electronically, we will present an image copy of your check for payment. If you do not wish to participate in AT&T's check conversion program please call 1 800-245-3061, if you want to save time and stamps, sign-up for auto payment. www.att.com/stopkappeveryday using your checking account or credit card, it's easy, secure, and convenient!





DENISE M MAINED
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2394

Account Number  650 558-9388 972 7
Billing Date  Jan 13, 2008

## at&t

### Plans and Services

**Government Fees and Taxes**

| | | |
|---|---|---|
| 1. | CA High Cost Fund Surcharge - A: | .02 |
| 2. | CA High Cost Fund Surcharge - B: | .00 |
| 3. | California Teleconnect Fund Surcharge | .02 |
| 4. | Universal Lifeline Telephone Service Surcharge | .20 |
| 5. | CA Relay Service and Communications Devices Fund | .03 |
| 6. | 9-1-1 Emergency System | .00 |
| 7. | Federal | .00 |
| **Total Government Fees and Taxes** | | **.67** |

**Total Plans and Services**  1.12

**Total Plans and Services**  23.91

### AT&T Long Distance

**Important Information**
Message Regarding Terms & Conditions:
To view your Terms & Conditions for AT&T Long
Distance, access www.att.com/public_affairs
or call 1 800 225-8530 to have a copy mailed.

**Account Summary**
**Description**
Charges for December  15.21
Total Account Summary Charges  15.21

**Invoice Summary**
**(as of DECEMBER 22, 2007)**

Current Charges
Service Charges  13.00
Credits and Adjustments  .00
Call Charges  .00
Surcharges and Other Fees  2.04
Government Fees and Taxes  .17
Total Invoice Summary  15.21

**Service Charges**

**Monthly Service Charges**

| Type of Service | Period | Qty | |
|---|---|---|---|
| 8. JustCall 200 Preferd | DEC 21 to JAN 20 | 1 | 8.00 |
| 9. Mexico ValueCall 100 | DEC 21 to JAN 20 | 1 | 5.00 |
| Total Monthly Service Charges | | | 13.00 |

Total Service Charges  13.00

**Call Charges - Nov 21st thru Dec 20th**
Calls for 650-558-9386

**Domestic**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 10. | 11-22 | 334P | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 11. | 11-23 | 329P | SALINAS CA | 831 444-8951 | DZ | 1:00 | .00 |
| 12. | 11-24 | 1029A | FRNK OLIVHCA | 510 226-8500 | DZ | 4:00 | .00 |
| 13. | 11-25 | 522P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 14. | 11-26 | 1020AM | PLEASANTONCA | 925 905-4400 | DZ | 2:00 | .00 |
| 15. | 11-26 | 1235P | SILIS WEST CA | 408 808-0806 | DZ | 4:00 | .00 |
| 16. | 11-26 | 1233P | DUBLN-SMRNCA | 925 803-8106 | DZ | 1:00 | .00 |
| 17. | 11-26 | 205P | DUBLN-SMRNCA | 925 803-8140 | DZ | 1:00 | .00 |
| 18. | 11-26 | 216P | MT VIEW CA | 650 584-0080 | DZ | 3:00 | .00 |
| 19. | 11-27 | 1155A | DUBLN-SMRNCA | 925 803-8140 | DZ | 1:00 | .00 |
| 20. | 11-27 | 1157A | TRACY CA | 209 836-0985 | DZ | 2:00 | .00 |
| 21. | 11-27 | 1158A | TRACY CA | 209 836-0985 | DZ | 4:00 | .00 |
| 22. | 11-27 | 1204P | DUBLN-SMRNCA | 925 803-8140 | DZ | 1:00 | .00 |
| 23. | 11-27 | 1207P | DUBLN-SMRNCA | 925 803-8106 | DZ | 1:00 | .00 |
| 24. | 11-28 | 941A | FRNK MAIN CA | 510 678-4897 | DZ | 1:00 | .00 |
| 25. | 11-28 | 943A | SILIS SOXTHCA | 408 833-3606 | DZ | 3:00 | .00 |
| 26. | 11-28 | 946A | FRNK MAIN CA | 510 204-1001 | DZ | 2:00 | .00 |
| 27. | 11-28 | 1115A | DUBLN-SMRNCA | 925 560-0200 | DZ | 2:00 | .00 |
| 28. | 11-28 | 1125A | FRNK MAIN CA | 925 560-6377 | DZ | 2:00 | .00 |
| 29. | 11-28 | 1258P | GILROY CA | 408 840-7100 | DZ | 2:00 | .00 |
| 30. | 11-29 | 1043A | SANTA ANA CA | 714 000-0508 | DZ | 1:00 | .00 |
| 31. | 11-29 | 1044A | SANTA ANA CA | 714 000-0508 | DZ | 2:00 | .00 |
| 32. | 11-30 | 1158A | LOS ALTOS CA | 650 823-2405 | DZ | 1:00 | .00 |
| 33. | 12-01 | 1014A | LOS ALTOS CA | 650 823-2405 | DZ | 2:00 | .00 |
| 34. | 12-01 | 1029A | FRNK OLIVHCA | 510 226-8500 | DZ | 5:00 | .00 |
| 35. | 12-01 | 618P | SILIS SOXTHCA | 408 678-0980 | DZ | 2:00 | .00 |
| 36. | 12-02 | 130P | FRNK OLIVHCA | 510 226-8500 | DZ | 2:00 | .00 |
| 37. | 12-02 | 1000A | FRNK OLIVHCA | 510 226-8500 | DZ | 7:00 | .00 |
| 38. | 12-02 | 130P | SALINAS CA | 831 444-8951 | DZ | 2:00 | .00 |
| 39. | 12-04 | 327P | FRNK OLIVHCA | 510 226-8500 | DZ | 1:00 | .00 |
| 40. | 12-04 | 329P | FRNK OLIVHCA | 510 226-8500 | DZ | 1:00 | .00 |
| 41. | 12-04 | 330P | FRNK OLIVHCA | 510 226-8500 | DZ | 1:00 | .00 |
| 42. | 12-04 | 345P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 43. | 12-05 | 1150A | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 44. | 12-05 | 1250P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 45. | 12-05 | 1252P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 46. | 12-05 | 113P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 47. | 12-05 | 118P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 48. | 12-05 | 200P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 49. | 12-07 | 125P | REDWOOD CA | 650 330-4080 | DZ | 1:00 | .00 |
| 50. | 12-07 | 131P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 51. | 12-08 | 620P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 52. | 12-10 | 946A | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |
| 53. | 12-11 | 852A | MONTEREY CA | 831 372-1455 | DZ | 1:00 | .00 |
| 54. | 12-11 | 1000A | AMBLER PA | 215 986-0045 | DZ | 1:00 | .00 |
| 55. | 12-11 | 1044A | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 56. | 12-12 | 1209P | SILIS WEST CA | 408 407-9382 | DZ | 25:00 | .00 |
| 57. | 12-13 | 134P | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 58. | 12-13 | 137P | AMBLER PA | 215 986-6134 | DZ | 3:00 | .00 |
| 59. | 12-13 | 130P | AMBLER PA | 215 986-6134 | DZ | 4:00 | .00 |
| 60. | 12-13 | 450P | SILIS WEST CA | 408 313-5814 | DZ | 1:00 | .00 |

© 2006 AT&T Knowledge Ventures. All rights reserved.

Thank you for being a valued AT&T customer! When you send us a check as payment, you give us a one time authorization to clear your check electronically. Electronic check payments may clear the same day we receive the payment. Your original check will not be returned. If we cannot process the transaction electronically, we will present an image copy of your check for payment. If you do not want to save time and stamps, sign-up for automatic program please call 1 800-245-3000. If you want to save time and stamps, sign-up for auto payment, at WWW.att.com/stoppaper using your checking account or credit card, it's easy, secure, and convenient!





DENISE M MARQUEZ
125 CASTILIAN WAY
SAN MATEO CA 94402 - 2304

Page 3 of 4
Account Number 650 558-9366 972 7
Billing Date Jan 13, 2008

## AT&T Long Distance

### News You Can Use

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 12-17 | 1049A | MONTEREY CA | 831 372-1455 | DZ | 4:00 | .00 |
| 2. | 12-18 | 7120A | TRACY CA | 208 836-0905 | DZ | 3:00 | .00 |
| 3. | 12-18 | 1123A | AMBLER PA | 215 986-6134 | DZ | 1:00 | .00 |
| 4. | 12-18 | 342P | SIMIS WEST CA | 408 313-5814 | DZ | 2:00 | .00 |

Subtotal Domestic Calls for 650-558-9366                                    .00

Total Domestic Calls for 650-558-9366                                    .00

Total Calls for 650-558-9366                                    .00

Total Call Charges                                    .00

**Surcharges and Other Fees**

Description
| | | |
|---|---|---|
| 5. | Carrier Cost Recovery Fee | .99 |
| 6. | Fed Universal Service Fund | 1.04 |
| 7. | CA State Regulatory Fee | .01 |
| Total Surcharges and Other Fees | | 2.04 |

**Government Fees and Taxes**

Description
| | | |
|---|---|---|
| 8. | CA High Cost Fund A | |
| 9. | CA High Cost Fund B | .01 |
| 10. | CA Relay Service & Comm. Devices Fund | .06 |
| 11. | CA State Emergency Telephone Users (911) Tax | .02 |
| 12. | CA Teleconnect Fund (0.13%) | .02 |
| 13. | CA Universal Lifeline Tel. Service Fund | .01 |
| Total Government Fees and Taxes | | .05 |
| | | .17 |

**Key to Calling Codes**

D Day        Z Other

Changes to Carrier Cost Recovery Fee:
Effective March 12, 2008 the Carrier Cost Recovery
Fee rate will increase from $0.99 to $1.49
per month, in which you have state-to-state
and or international charges on your AT&T
Long Distance telephone account.
This fee helps recover costs associated with
providing state-to-state and international long
distance service including expenses for national
regulatory fees and programs, and connection
and account servicing charges.
This fee is not a tax or charge imposed or
required by any government entity
For more information, please refer to the phone
number on the front of your bill.
**Total AT&T Long Distance**

15.21

PREVENT DISCONNECT
All charges must be paid each month to keep your account current. However, "basic service" and its applicable taxes and surcharges MUST be paid to avoid disconnection. Currently, for this account that amount is $10.69. Failure to pay non-basic charges may result in other collection activities, including restriction of toll calls.

CARRIER INFORMATION
Our records indicate that you have selected AT&T Long Distance or a company that resells their services as your primary local toll carrier and AT&T Long Distance or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records.

AT&T BILLING GUIDE
To get answers to questions regarding partial month charges and other billing related topics, please view our interactive AT&T Billing Basics Guide at http://www.att.com/billingbasics.

THE NEW LOOK OF AT&T
Over the last several months, we've transformed the AT&T brand to reflect our commitment to our on-the-go customers. As more customers seek to stay connected at home and on the road, we're borrowing from our mobility group and including more orange throughout our communications. In the next two months, you'll see more AT&T orange on your bills. Why? We're in the business of keeping you connected, and we want you to know it.

REPAIR MADE EASY!
Did you know that you can report trouble or check the status of a trouble on your AT&T voice line by using our Automated Repair System? Our system is able to test your line, diagnose the problem, and let you know when your trouble will be repaired. It's that easy. Call us at 611 or visit us online at att.com/repair.

# EXHIBIT "D"

9/21/2007
US Saving Bonds.
Updated Information on dates of employment at Memorex Corp.

To:
Monika Hunsicker
Unisys corp.
215-986-2392
Fax 215-986-4658

This is: Humberto Marquez
~~████████~~
I was employed at Memorex Corporation Santa Clara California from May 1970 to Oct 1981.
Memorex Corporation deducted from my paycheck $75.00 every pay period
Around 25 to 26 pay periods per year, times 11 ½ years.

When I started at Memorex Corp in 1970, I signed up for US Saving Bonds.
I was given the option to have the bonds issued directly to me or for my employer to hold or issued bonds later for my retirement and I could collect their full value at that time of retirement. I elected to have them issued later for my retirement. The US Saving Bonds were never issued directly to me.

I was never issued US Saving Bonds, I just looked at my pay stub for 11 ½ years and every pay period $75 was deducted.

I am now retired and having a hard time finding and collecting the Bonds, Memorex Corporation was merged or bought out by Burrows corp. and now Unisys corp. has all my records of my employment.

I am now receiving retirement pay from Unisys corp.
My payroll deduction records are now with Unisys corp. I am sending 14 check stubs copies from 1978 for you to view. (Faxed - 9/17/2007)

Please let me know what I need to do, this is money that I know was deduct from my pay and I was hoping to use for my retirement.
My old mailing address:
2693 Othello Ave
San Jose CA 95122

Current Address:
125 Castilian Way
San Mateo Ca 94402
650-558-9366

Humberto Marquez

*β·c⁺ 8/07 – 11/07*

# Unisys Corporation

Attorney
Michael Landells
215-986-5825
Spoke to Michael about 5 times.
Last conversation was, there is nothing I can do I will have Human Resources contact you, no need to call me again.

Human Resources
Monika Hunsicker
215-986-6134
215-986-4658
215-986-2392 Fax
Spoke to Monika about 5 time times.
I fax her, 1978 pay stubs and cover letters.
She told me some one will contact me and that there was nothing she can do.

Manager Pay roll (or) Finance
Scott Salmonson
701-221-7158
Spoke to Scott about 10 time times.
Scott was very helpful, He said, he tried to look around, siad records are in another state, he contacted ex-Memorex employees, no luck.
He mention I should see an attorney. He understands because he will be retiring soon and US saving Bond should be easy to find.
He was very busy with his daily job,
Last time I talked to Scott he told me there is nothing I can do, contact my boss Jill Lovecchio. Gave me her phone number and wished me luck.

Scott's Boss
Jill Lovecchio
215-986-6134
Spoke to Jill about 10 time times & left messages, around 15 times with no return calls to me
She said she was assigned to locate the stocks and my records. Tried to contact Memorex employee,
She always seemed positive that she could find my records and stocks.
Asked if I had cashed in US bonds, maybe I forgot. I said none to cash and I would remember lots of Bonds to sign,
Last time I talked to Jill she told me, they have found a box and needs to go though box.
I also mentioned that payroll record do not get destroyed and should me on a hard disk. She agrees that payroll records will not get last or destroyed.
After that conversation, she did not answer the phone and did not call me again.

## Unisys Corporation

Attorney
Michael Landells
215-986-5825

Manager Pay roll (or) Finance
Scott Salmonson
701-221-7158

Scotts Boss
Jill Lovecchio
215-986-6134

Human Resources
Monika Hunsicker
215-986-6134
215-986-4658
215-986-2392 Fax

# EXHIBIT "E"

# Treasury Retail Securities

Bureau of the Public Debt
Office of Retail Securities

200 Third Street
Parkersburg, WV 26106-5312
1-800-245-2804
1-800-553-2663

August 9, 2007

Refer to:     0101737638C
              HUMBERTO ULLOA MARQUEZ
              ▮▮▮▮▮▮▮▮▮▮▮▮

HUMBERTO MARQUEZ
125 CASTILIAN WAY
SAN MATEO  CA   94402

Dear Mr. Marquez:

This letter refers to the inquiry concerning United States Savings Bonds.

The records were searched with the following information:

|  |  |
|---|---|
| Time Frame: | January 1973 through December 1989 |
| Series: | E and EE |
| Denomination(s): | ALL |
| Social Security Number(s): | XXX-XX-4923 |
| Name: | Humberto U Marquez (with and without the middle initial) |
| Address(es): | San Jose, CA and  Santa Clara, CA |

The search identified the unredeemed bond described below. The search did locate several bonds shown as being redeemed more than ten years ago. As indicated below bonds redeemed more than ten years ago photographs are not available.

| Issue Date | Denomination | Serial Number | Registration |
|---|---|---|---|
| 6-81 | $200 | R-1,971,765-EE | Humberto Marquez OR  Glenda R Marquez |

The savings bond regulations provide that, if no claim has been filed within ten years of a bond's recorded date of payment, it is presumed to have been properly paid.  If a claim is filed after that date, the microfilm records may be destroyed, but a computer index tells us the status of the bond.

If you want our records searched further, we'll need identifying information such as:

- Different issue dates (months and years the bonds were purchased).
- All names (including middle names and initials that could appear on the bonds).
- All addresses (street and number, city and state) that could appear on the bonds and the approximate year each address was used.
- All nine numerical digit social security numbers and/or employer (estate) identification numbers that could appear on the bonds.  If any bond was purchased as a gift, furnish the purchaser's social security number.

For information about Treasury Retail securities, go to:

The records of Savings Notes and Series E savings bonds issued prior to January 1974, are filed by issue date and denomination according to the exact name of the owner or first named co-owner (including middle name or initial) and address (number, street, city and state) that appear in the registration.

The records of Series E, EE, and I savings bonds issued January 1974 and thereafter are filed by issue date and denomination according to the social security number (SSN) that appears on the bond. Even though some SSNs that appear on bonds contain asterisks (*), bonds are filed by the complete SSN used to purchase the bond. In the case of gift savings bonds, the purchaser's social security number may have been used.

Please send your response in the enclosed envelope. When contacting us, please provide the reference name and number shown at the top of this letter.

For general questions about United States Savings Bonds or Series HH/H accounts, call one of the toll-free numbers at the top of this letter or visit our website at www.treasurydirect.gov. If you have questions about this letter, call (304) 480-7711 ext. 296071, between the hours of 8:00 a.m. and 4:30 p.m. Eastern Time.

Sincerely,

C. Johnson
Charlotte Johnson
Customer Service Assistance
Division of Customer Assistance

Enclosure:
Envelope

# Treasury Retail Securities

Bureau of the Public Debt
Office of Retail Securities

200 Third Street
Parkersburg, WV 26106-5312
1-800-245-2804
1-800-553-2663

Refer to:    0101737638C                                        August 22, 2007
HUMBERTO ULLOA MARQUEZ
▌█▌▌█▌▌█▌▌█▌█▌

HUMBERTO MARQUEZ
125 CASTILIAN WAY
SAN MATEO  CA  94402

Dear Mr. Marquez:

This letter refers to the inquiry concerning United States Savings Bonds.

The records were searched with the following information:

|  |  |
|---|---|
| Time Frame: | January 1960 through December 1989 |
| Series: | E and EE |
| Denomination(s): | ALL |
| Social Security Number(s): | XXX-XX-4923 |
| Name: | Humberto U Marquez (with and without the middle initial) |
| Address(es): | San Jose, CA and Santa Clara, CA |

The search identified the unredeemed bond described below. The search did locate several bonds shown as being redeemed more than ten years ago. As indicated below bonds redeemed more than ten years ago photographs are not available.

| Issue Date | Denomination | Serial Number | Registration |
|---|---|---|---|
| 6-81 | $200 | R-1,971,765-EE | Humberto Marquez OR Glenda R Marquez |

The savings bond regulations provide that, if no claim has been filed within ten years of a bond's recorded date of payment, it is presumed to have been properly paid. If a claim is filed after that date, the microfilm records may be destroyed, no detailed redemption information is available, but a computer index tells us the status of the bond.

If you want our records searched further, we'll need identifying information such as:

- Different issue dates (months and years the bonds were purchased).
- All names (including middle names and initials that could appear on the bonds).
- All addresses (street and number, city and state) that could appear on the bonds and the approximate year each address was used.
- All nine numerical digit social security numbers and/or employer (estate) identification numbers that could appear on the bonds. If any bond was purchased as a gift, furnish the purchaser's social security number.

The records of Savings Notes and Series E savings bonds issued prior to January 1974, are filed by issue date and denomination according to the exact name of the owner or first named co-owner (including middle name or initial) and address (number, street, city and state) that appear in the registration.

The records of Series E, EE, and I savings bonds issued January 1974 and thereafter are filed by issue date and denomination according to the social security number (SSN) that appears on the bond. Even though some SSNs that appear on bonds contain asterisks (*), bonds are filed by the complete SSN used to purchase the bond. In the case of gift savings bonds, the purchaser's social security number may have been used.

Please send your response in the enclosed envelope. When contacting us, please provide the reference name and number shown at the top of this letter.

For general questions about United States Savings Bonds or Series HH/H accounts, call one of the toll-free numbers at the top of this letter or visit our website at www.treasurydirect.gov. If you have questions about this letter, call (304) 480-7711 ext. 296071, between the hours of 8:00 a.m. and 4:30 p.m. Eastern Time.

Sincerely,

C Johnson

Charlotte Johnson
Customer Service Assistance
Division of Customer Assistance

Enclosure:
Envelope

200 Third Street
Parkersburg, WV 26106-5312
1-800-245-2804
1-800-553-2663

Refer to:   0101737638C

HUMBERTO ULLOA MARQUEZ

September 13, 2007

HUMBERTO MARQUEZ
125 CASTILIAN WAY
SAN MATEO  CA  94402

Dear Mr. Marquez:

This letter refers to the claim for the nonreceipt of United States Savings Bonds.

An additional search of our records was not done at this time as no new identifying information was furnished, you already submitted the pay stubs to this office in July 2007.

As previously stated the records have been searched with the following information:

| | |
|---|---|
| Time Frame: | January 1973 through December 1989 |
| Series: | E and EE |
| Denomination(s): | ALL |
| Social Security Number: | XXX-XX-4923 |
| Name(s): | Humberto U Marquez (with and without the middle initial) |
| Address(es): | San Jose, CA and Santa Clara, CA |

The search identified the unredeemed bond described below. The search did locate numerous bonds which were shown as being redeemed more than ten years ago. As indicated below bonds redeemed more than ten years ago photographs are not available.

| Issue Date | Denomination | Serial Number | Registration |
|---|---|---|---|
| 6-81 | $200 | R-1,971,765-EE | Humberto Marquez OR  Glenda R Marquez |

The savings bond regulations provide that, if no claim has been filed within ten years of a bond's recorded date of payment, it is presumed to have been properly paid. If a claim is filed after that date, the microfilm records may be destroyed, but a computer index tells us the status of the bond.

If you want our records searched further, we'll need identifying information such as:

- Different issue dates (months and years the bonds were purchased).
- All names (including middle names and initials that could appear on the bonds).
- All addresses (street and number, city and state) that could appear on the bonds and the approximate year each address was used.
- All nine numerical digit social security numbers and/or employer (estate) identification numbers that could appear on the bonds. If any bond was purchased as a gift, furnish the purchaser's social security number.

The records of Savings Notes and Series E savings bonds issued prior to January 1974, are filed by issue date and denomination according to the exact name of the owner or first named co-owner (including middle name or initial) and address (number, street, city and state) that appear in the registration.

The records of Series E, EE, and I savings bonds issued January 1974 and thereafter are filed by issue date and denomination according to the social security number (SSN) that appears on the bond. Even though some SSNs that appear on bonds contain asterisks (*), bonds are filed by the complete SSN used to purchase the bond. In the case of gift savings bonds, the purchaser's social security number may have been used.

Please send your response in the enclosed envelope. When contacting us, please provide the reference name and number shown at the top of this letter.

For general questions about United States Savings Bonds or Series HH/H accounts, call one of the toll-free numbers at the top of this letter or visit our website at www.treasurydirect.gov. If you have questions about this letter, call (304) 480-7711 ext. 296071, between the hours of 8:00 a.m. and 4:30 p.m. Eastern Time.

Sincerely,

*C Johnson*

Charlotte Johnson
Customer Service Assistance
Division of Customer Assistance

Enclosure:
Envelope

# Treasury Retail Securities

Bureau of the Public Debt
Office of Retail Securities

200 Third Street
Parkersburg, WV 26106-5312
1-800-245-2804
1-800-553-2663

Refer to:     0101737638C
HUMBERTO ULLOA MARQUEZ
▓▓▓▓▓▓▓▓▓▓▓▓

October 11, 2007

HUMBERTO MARQUEZ
125 CASTILIAN WAY
SAN MATEO  CA  94402

Dear Mr. Marquez:

This letter refers to the inquiry concerning United States Savings Bonds.

An additional search of our records was not done at this time as no new identifying information was furnished.

As previously stated the records were searched with the following information:

Time Frame:   January 1960 through December 1989
Series:   E and EE
Denomination(s):   ALL
Social Security Number:   XXX-XX-4923
Name(s):   Humberto U Marquez (with and without the middle initial)
Address(es):   San Jose, CA and Santa Clara, CA

The search identified the unredeemed bond described below. The search did locate numerous bonds which were shown as being redeemed more than ten years ago. As indicated below bonds redeemed more than ten years ago photographs are not available.

| Issue Date | Denomination | Serial Number | Registration |
|---|---|---|---|
| 6-81 | $200 | R-1,971,765-EE | Humberto Marquez OR  Glenda R Marquez |

The savings bond regulations provide that, if no claim has been filed within ten years of a bond's recorded date of payment, it is presumed to have been properly paid. If a claim is filed after that date, the microfilm records may be destroyed, but a computer index tells us the status of the bond.

The records of Savings Notes and Series E savings bonds issued prior to January 1974, are filed by issue date and denomination according to the exact name of the owner or first named co-owner (including middle name or initial) and address (number, street, city and state) that appear in the registration.

The records of Series E, EE, and I savings bonds issued January 1974 and thereafter are filed by issue date and denomination according to the social security number (SSN) that appears on the bond. Even though some SSNs that appear on bonds contain asterisks (*), bonds are filed by the complete SSN used to purchase the bond. In the case of gift savings bonds, the purchaser's social security number may have been used.

We trust this information will be of assistance.

For general questions about United States Savings Bonds or Series HH/H accounts, call one of the toll-free numbers at the top of this letter or visit our website at www.treasurydirect.gov. If you have questions about this letter, call (304) 480-7711 between the hours of 8:00 a.m. and 4:30 p.m. Eastern Time.

Sincerely,

C Johnson
Charlotte Johnson
Customer Service Assistance
Division of Customer Assistance

**FedEx** Express *USA Airbill*

**NO POUCH NEEDED.**
ee back for peel and stick application instructions.

**RECIPIENT: PEEL HERE**

ZB JHCA

FedEx Tracking Number

**1000**

**96B1**

1 From
This portion can be torqued for Recipient's records.

Date 3-31-08    Joseph Jeklits

Sender's Name

Company UNISYS-OUTEO BLUE BEL

Address UNISYS WAY

City BLUE BELL    State

2 Your Internal Billing Reference

3 To
Recipient's Name

Company

Address

Address

City    State    ZIP

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Phone

ROUTE TO: 250 PARK
FROM: JOSEPH JEKLITS
CARR: FEX
TRK#: 844753668100
RCVD: 4/1/2008
TO: SILVERBERG, DEAN
PH:
PCS: 1
SITE: 250 PARK
FLR: 13    BDG: 250 PARK
RM:

RTE:
MSC: **12**
SILVERBERG, DEAN

more information?
.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747
onal shipments. Call your local FedEx office if you are outside the U.S.

by surface or air and may be further limited by certain treaties, including the Warsaw
. Typically up to US$9.07 per pound. See the current FedEx Service Guide or the
3/ Air Waybill for details.

FedEx
Trk# (215) 844 5366 8100

Emp# 589917 31HA988 SEEA

TUE - 01 APR A1
**PRIORITY OVERNIGHT**

10177
NY-US
EWR

Recipient's Copy

6 Special Handling
SATURDAY Delivery

7 Payment    Bill to:
☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

8 Release Signature

Total Packages    Total Weight    Total Charges

**447**

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I. (a) PLAINTIFFS

Humberto Marquez

## DEFENDANTS

UNISYS Corporation    E-FILING

HRL

C08   02111 JW

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Humberto Marquez, In Pro Per
3315 San Felipe Road, #92
San Jose, CA 95135
(650) 558-9366

ATTORNEYS (IF KNOWN)

Steven R. Blackburn (SBN: 154797)
Matthew A. Goodin (SBN: 169674)
EPSTEIN BECKER & GREEN, P.C.
1 California St., 26th Fl., S.F. CA 94111
(415) 398-3500

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] Original Proceeding
- [X] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault Libel & Slander | 368 Asbestos Personal Injury Product Liability | | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 640 RR & Truck | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl Veterans) | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regs. | 830 Patent | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 850 Securities/Commodities/Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | **SOCIAL SECURITY** | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | **LABOR** | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 710 Fair Labor Standards Act | 862 Black Lung (923) | 892 Economic Stabilization Act |
| 196 Franchise | | | 720 Labor/Mgmt Relations | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt Reporting & Disclosure Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motion to Vacate Sentence Habeas Corpus: | | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing | 530 General | [X] 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | |
| 290 All Other Real Property | 445 Amer w/disab - Empl | 550 Civil Rights | | | |
| | 446 Amer w/ disab - Other | 555 Prison Condition | | | |
| | 480 Consumer Credit | | | | |
| | 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION
(CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)  28 U.S.C. § 1441(a)(diversity)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 0.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] YES [X] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE  4/23/08        SIGNATURE OF ATTORNEY OF RECORD

NDC-JS44

JS 44 Page 2
(Rev. 11/04)

INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.   (a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)  County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)  Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V.   Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI.  Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Date and Attorney Signature.

Date and Attorney Signature. Date and sign the civil cover sheet.