1  Steven R. Blackburn, State Bar No. 154797
2  Matthew A. Goodin, State Bar No. 169674
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone: 415.398.3500
   Facsimile: 415.398.0955
5  sblackburn@ebglaw.com
   mgoodin@ebglaw.com

6  Attorneys for Defendant,
   UNISYS CORPORATION
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 HUMBERTO MARQUEZ,                  | CASE NO.  C08-02111 JW HRL

12         Plaintiff,                 | [Complaint Filed: March 18, 2008]

13    v.
                                      | **PROOF OF SERVICE**
14 UNISYS CORPORATION, a Corporation;
   and DOES 1 through 10, inclusive,
15
           Defendants.
16

- 1 -

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):
   - **Civil Cover Sheet**
   - **Welcome to the U.S. District Court, San Francisco**
   - **Criminal and Civil Law and Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules**
   - **General Order No. 40**
   - **ECF Registration Information Handout**
   - **General Order No. 45**
   - **Notice of Electronic Availability of Case File Information**
   - **General Order No. 53**
   - **Notice of Lawsuit and Request for Waiver of Service of Summons (Blank)**
   - **Waiver of Service of Summons (Blank)**
   - **Instructions for Completion of ADR Forms Regarding Selection of an ADR Process**
   - **ADR Certification by Parties and Counsel (Blank)**
   - **Stipulation and [Proposed] Order Selecting ADR Process**
   - **Notice of Need for ADR Phone Conference**
   - **Order of the Chief**
   - **Order Setting Initial Case Management Conference and ADR Deadlines**
   - **Standing Order for all Judges of the Northern District of California**
   - **Contents of Joint Case Management Statement**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Humberto Marquez
   3315 San Felipe Road, #92
   San Jose, California 95135

   *Pro Per*
   Tel: (650) 558-9366

5. b. ☑ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

- 2 -

SF:168537v1

Proof of Service
Case No. C08-02111 JW HRL

(2) ☑ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date)*: **April 23, 2008**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 4/23/08 | Bridgette M. Phillips | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

SF:168537v1

- 3 -

Proof of Service
Case No. C08-02111 JW HRL