Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant,
UNISYS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MARQUEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>UNISYS CORPORATION, a Corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO. C08-02111 JW HRL<br><br>**CERTIFICATE OF INTERESTED PARTIES [Local Rule 3-16]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that the undersigned counsel of record for Defendant UNISYS CORPORATION, certifies that no such interest is known to Defendant other than that of the named parties to this action.

DATED: April 23, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Matthew A. Goodin
Attorneys for Defendant
UNISYS CORPORATION

SF:167607v1                                    CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

   ➢ **CERTIFICATE OF INTERESTED PARTIES [Local Rule 3-16]**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Humberto Marquez            *Pro Per*
   3315 San Felipe Road, #92
   San Jose, California 95135   Tel: (650) 558-9366

5. b. ☑ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☑ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date):* **April 24, 2008**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/08 | Bridgette M. Phillips | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 2 -

SF:167607v1                                            CERTIFICATE OF INTERESTED PARTIES