1  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  mgoodin@ebglaw.com

6  Attorneys for Defendant,
   UNISYS CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  HUMBERTO MARQUEZ,                    CASE NO. C08-02111 JW HRL

12              Plaintiff,                **NOTICE OF UNAVAILABILITY**

13       v.

14  UNISYS CORPORATION, a Corporation;
    and DOES 1 through 10, inclusive,
15
                Defendants.
16

17

18       **TO ALL PARTIES AND THEIR ATTORNEY (S) OF RECORD:**

19       **NOTICE IS HERBY GIVEN** that Counsel for UNISYS CORPORATION, will be in

20  trial and therefore unavailable for any purpose whatsoever, including but not limited to:

21  receiving notices of any kind; responding to ex parte applications; responding to motions or

22  petitions of any sort; responding to discovery, and appearing in court or at a deposition on the

23  following dates:

24
25       Steven R. Blackburn         July 21, 2008 through August 4, 2008
26       Matthew A. Goodin           July 21, 2008 through August 4, 2008; and
27                                   August 8, 2008 through August 19, 2008
28

SF:178003v1                                                    Notice of Unavailability
                                                               Case No. C08-02111 JW HRL

1       Purposefully scheduling any matter during the above dates without good cause may constitute sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299.

DATED: July 23, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Matthew A. Goodin
Attorneys for Defendant
UNISYS CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

    ➢ **NOTICE OF UNAVAILABILITY**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

    Humberto Marquez                         *Pro Per*
    3315 San Felipe Road, #92                Tel: (650) 558-9366
    San Jose, California 95135

5. b. ☑ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ☑ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date)*: **July 23, 2008**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 7/23/08 | Heidi Chao | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |