UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -4  P 2: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

HUMBERTO MARQUEZ

Plaintiff(s),

v.

UNISYS CORPORATION a
Corporation; and DOES 1 through 10,
Defendant(s).
_____/

Case No. C08-02111 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 31 2008                                              _Humbert Marquez_
                                                                              [Party]

Dated: _____                                              _____
                                                                              [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05