Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant,
UNISYS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MARQUEZ, | CASE NO. C08-02111 JW HRL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONDUCT EARLY LIMITED DISCOVERY PURSUANT TO RULE 26(d)** |
| v. | |
| UNISYS CORPORATION, a Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

WHEREAS, Rule 26(d) of the Federal Rules of Civil Procedure provides that a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), unless authorized by the federal rules, by stipulation, or by court order, and

WHEREAS, the parties mutually desire to serve a subpoena duces tecum to the United States Treasury, Treasury Retail Services, Bureau of the Public Debt, Offices of Retail Security located in Parkersburg, West Virginia;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, that Defendant UNISYS CORPORATION shall be allowed to serve a subpoena duces tecum upon the United States Treasury, Treasury Retail Services, Bureau of the Public Debt, Offices of Retail Security located in Parkersburg, West Virginia for any and all information concerning U.S. savings bonds

SF:169583v1                                        Stipulation and Order to Conduct Early Limited Discovery
                                                                     Case No. C08-02111 JW HRL

1 | purchased for the benefit of, or in the name of, Plaintiff HUMBERTO MARQUEZ during the
2 | time period of May 1, 1970 through October 31, 1981. Mr. Marquez agrees to release his social
3 | security number to Defendant for purposes of serving the subpoena to the Treasury Department.
4 | Defendant agrees to keep Mr. Marquez' social security number confidential and will not disclose
5 | it to any outside parties or use it for any purposes other than in the furtherance of this litigation.
6 | Defendant further agrees that if they file with the court any documents containing Mr. Marquez'
7 | social security number, they will redact prior to filing.

SO STIPULATED.

DATED: July 18, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Matthew A. Goodin
Attorneys for Defendant
UNISYS CORPORATION

DATED: July 30, 2008

_____
Humberto Marquez
*In Pro Per*

IT IS SO ORDERED.

DATED: July ___, 2008

_____
The Honorable James Ware
U.S. District Court Judge

- 2 -

SF:169583v1

Stipulation and Order to Conduct Early Limited Discovery
Case No. C08-02111 JW HRL