Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant,
UNISYS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNISYS CORPORATION, a Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  C08-02111 JW HRL<br><br>**STIPULATION TO REQUEST EXTENSION OF DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER**<br><br>Complaint Filed:  March 18, 2008<br>Trial Date:  None Set |

　　　　By order dated December 30, 2008, the court ordered the parties to complete mediation within 90 days from the date of that order, or March 30, 2009.

　　　　In October 2008, Defendant Unisys sent a subpoena to the U. S. Treasury Department to obtain any and all records in their possession regarding U. S. Savings Bonds purchased or issued in Plaintiff's name, which bonds are at the heart of Plaintiff's claims in this case. Defendant did not receive an initial response to that subpoena from the Treasury Department until December 4, 2008. The Treasury's response stated that they had no records of savings bonds in Mr. Marquez's name. However, Defendant noted that the Treasury Department had provided somewhat different information in response to Plaintiff's requests to the Treasury before this case was filed, which responses Plaintiff had attached to his complaint in this matter. Thus,

1  Defendant followed up with the Treasury to conclusively determine whether they in fact had no
2  records.
3      In the meantime, the parties agreed to delay mediation to await further information from
4  the Treasury Department because both sides realized there was a possibility that a response from
5  the Treasury Department could significantly narrow, if not eliminate altogether, the issues raised
6  in Plaintiff's lawsuit.
7      On or about March 12, 2009, the Treasury Department finally provided additional
8  information which reflected approximately 127 bonds in Plaintiff's name that were closed on
9  various dates from October 1974 through February 1983. Defendant hoped that receipt of these
10 records would result in the dismissal of Plaintiff's case. However, in a series of mediation status
11 conference calls with Mediator Mike Sobel, Plaintiff explained that the records received from the
12 Treasury Department did not fully address all of the issues raised in his lawsuit. However, by
13 this time, the parties were unable to schedule a mediation by the court ordered deadline of March
14 30, 2009.
15     Plaintiff served a Request for Production of Documents to Defendant on March 20, 2009
16 and was awaiting a response.
17     Accordingly, on or about March 25, the parties jointly requested a 45-day extension, to
18 May 15, 2009, of the deadline to complete mediation. The Court granted that request by Order
19 dates April 15, 2009.
20     Due to defense counsel's previously scheduled vacation and the press of other business,
21 Defendant was not able to produce responsive documents to Mr. Marquez until May 19, 2009
22 and the parties were unable to schedule a mediation by May 15, 2009.
23     Despite a sharp difference of opinion as to the merits of this case, the parties have
24 confirmed their willingness to proceed with mediation.
25     Accordingly, the parties hereby request a further extension of the Court's Order to
26 complete mediation by May 15, 2009, and request that they have up to and including July 30,
27 2009 to complete mediation.
28

1 | Respectfully submitted,

4 | Dated: May 21, 2009

/s/Matthew A. Goodin
Steven R. Blackburn, Esq.
Matthew A. Goodin, Esq
Attorneys for Defendant
UNISYS CORPORATION

Dated: May 22, 2009

Humberto Marquez
Plaintiff in Pro Per

- 3 -
Stipulation to Request Further Extension of Deadline to Complete Mediation
Case No. C08-02111 JW HRL

1  IT IS HEREBY ORDERED that the parties may have until July 30, 2009 to complete
2  mediation in this matter.
3
4
5  DATED: June 1, 2009
6  _____
   The Honorable James Ware
   U.S. District Court Judge

- 4 -

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):
   - ➢ **STIPULATION TO REQUEST EXTENSION OF DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Humberto Marquez
   3315 San Felipe Road, #92
   San Jose, California 95135

   *Pro Per*
   Tel: (650) 558-9366

5. b. ☑ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☑ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date):* **May 26, 2009**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

| 5/26/09 | Bridgette M. Phillips | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 5 -

SF:582296v1       Stipulation to Request Further Extension of Deadline to Complete Mediation
                  Case No. C08-02111 JW HRL