IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Humberto Marquez, | NO. C 08-02111 JW |
| Plaintiff, | **ORDER FOLLOWING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| UNISYS Corp., | |
| Defendant. / | |

On June 8, 2009, the Court conducted a preliminary pretrial conference. Counsel for the Defendant appeared in person. Plaintiff appeared telephonically. Based on the discussion at the conference, the Court orders as follows:

(1) On **October 5, 2009 at 9 a.m.**, the parties shall appear for a hearing on Defendant's anticipated motion for summary judgment. Defendant shall notice the motion in accordance with the Civil Local Rules of this Court.

(2) The parties shall appear for a Case Management Conference on **October 5, 2009 at 10 a.m.**

(3) The close of all discovery in this matter is extended to **July 31, 2009** for the purpose of Defendant's deposition of Plaintiff.

(4) The parties shall exchange all documents and records relating to Plaintiff's employment at Memorex, including documents produced by both the parties themselves and by third-parties to this action.

Dated: June 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew A Goodin mgoodin@ebglaw.com

Humberto Marquez
3315 San Felipe Road #92
San Jose, Ca 95135

| | |
|---|---|
| **Dated: June 10, 2009** | **Richard W. Wieking, Clerk** |
| | **By:**    **/s/ JW Chambers**<br>      **Elizabeth Garcia**<br>      **Courtroom Deputy** |

**United States District Court**
For the Northern District of California