1  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  mgoodin@ebglaw.com

6  Attorneys for Defendant,
   UNISYS CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 HUMBERTO MARQUEZ,            CASE NO. C08-02111 JW HRL

12        Plaintiff,
                                E-Filing Case
13    v.
                                [PROPOSED] ORDER
14 UNISYS CORPORATION, a Corporation;
   and DOES 1 through 10, inclusive,
15
          Defendants.
16                              Complaint Filed: March 18, 2008

17                              Trial Date: None Set

18
       IT IS HEREBY ORDERED that Unisys representative, Joseph Teklits, may appear
19
   telephonically at the June 30, 2009 mediation in this matter.
20

21

22
   DATED: June 16, 2009        _____
23                             The Honorable Wayne D. Brazil
                               U.S. District Court Magistrate Judge
24

25

26

27

28

SF:586879v1                                          [PROPOSED] ORDER
                                                 Case No. C08-02111 JW HRL